## UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.1.1.2
## Eastern Division

Stericycle, Inc., Sterisafe Contract Litigation, et al.

              Plaintiff,

v.                   Case No.: 1:13−cv−05795
                   Honorable Milton I. Shadur

Stericycle, Inc., et al.

              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, June 2, 2017:

   MINUTE entry before the Honorable Milton I. Shadur:Status hearing set for 6/7/2017 is vacated, to be rescheduled at a later date.Mailed notice(clw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.