**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| IN RE: STERICYCLE, INC., STERI-SAFE CONTRACT LITIGATION | ) ) ) ) ) | Case No. 13 C 5795 <br> MDL No. 2455 |

## MEMORANDUM ORDER

By agreement of the parties, their submissions in support of the preliminary approval by this Court of their agreement-upon settlement of this multidistrict litigation, looking to the hoped-for ultimate approval, will be filed by October 16, 2017. This matter is set for hearing on the motion for preliminary approval at 9:15 a.m. October 26, 2017.

_____
Milton I. Shadur
Senior United States District Judge

Date: October 10, 2017