**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| **IN RE:  STERICYCLE, INC., STERI-SAFE** | ) | |
| **CONTRACT LITIGATION** | ) | Case No. 13 C 5795 |
| | ) | MDL No. 2455 |
| | ) | |
| | ) | |

**MEMORANDUM ORDER**

By agreement of the parties, their submissions in support of the preliminary approval by this Court of their agreed-upon settlement of this multidistrict litigation, looking to the hoped-for ultimate approval, will be filed by October 16, 2017.  This matter is set for hearing on the motion for preliminary approval at 9:15 a.m. October 26, 2017.

_____
Milton I. Shadur
Senior United States District Judge

Date:  October 10, 2017