# EXHIBIT 1

**EXCLUSION LIST**

Timely, Not Signed by Class Member, Not Affirmatively Matched to Class Member Record, or Included as Secondary Entity or Location on Another Exclusion

| GCG No. | Name | City | State | MF, BR, BF | Not Matched | Secondary | Atty Signed |
|---|---|---|---|---|---|---|---|

| GCG No. | Name | City | State | MF, BR, BF | Not Matched | Secondary | Atty Signed |
|---|---|---|---|---|---|---|---|

| GCG No. | Name | City | State | MF, BR, BF | Not Matched | Secondary | Atty Signed |
|---|---|---|---|---|---|---|---|
| 202 | FOUNDATION PARTNERS GROUP | ORLANDO | FL | Beck Redden | X | | X |
| 203 | SERENITY & COMPANY | PHOENIX | AZ | Beck Redden | X | | X |
| 204 | THE MEMORIAL SIGNATURE GROUP | HOUSTON | TX | Beck Redden | X | | X |
| 205 | ROLLINGS FUNERAL SERVICE, INC | PEACHTREE CITY | GA | Beck Redden | X | | X |
| 206 | STONEMOR PARTNER, LP | TREVOSE | PA | Beck Redden | X | | X |
| 207 | POST OAK DENTAL (TX) | HOUSTON | TX | Beck Redden | X | | X |
| 208 | A. DEWITT MEMORIAL FUNERAL HOMES & CREMA | SYRACUSE | NY | Beck Redden | X | X | X |
| 209 | BALLWEG & LUNSFORD FUNERAL HOMES - LAFAY | LAFAYETTE | NY | Beck Redden | X | X | X |
| 210 | MILNER & ORR FUNERAL HOME OF LONE OAK | PADUCAH | KY | Beck Redden | X | X | X |
| 211 | BENITO & AZZARO - SANTA CRUZ WATSONVILLE | SOQUEL | CA | Beck Redden | X | X | X |
| 212 | BOONE FUNERAL HOME - SHREVEPORT | SHREVEPORT | LA | Beck Redden | X | X | X |
| 213 | BRBS - JACKSON & BETZ FUNERAL HOME | FULTONVILLE | NY | Beck Redden | X | X | X |
| 214 | BRBS - JEFFORDS & STEWART FUNERAL HOME | BROADALBIN | NY | Beck Redden | X | X | X |
| 215 | BRBS - KOBUSKIE-KONIK FUNERAL HOME | GLOVERSVILLE | NY | Beck Redden | X | X | X |
| 216 | BRBS - LENZ & BETZ FUNERAL HOME | CANAJOHARIE | NY | Beck Redden | X | X | X |
| 217 | BRING'S BROADWAY CHAPEL | TUCSON | AZ | Beck Redden | X | X | X |
| 218 | CARTER-TRENT FUNERAL HOME - CHURCH HILL | CHURCH HILL | TN | Beck Redden | X | X | X |
| 219 | CREMATION SOCIETY OF MN - BROOKLYN PARK | BROOKLYN PARK | MN | Beck Redden | X | X | X |
| 220 | CREMATION SOCIETY OF MN - DULUTH | DULUTH | MN | Beck Redden | X | X | X |
| 221 | CREMATION SOCIETY OF MN - EDINA | EDINA | MN | Beck Redden | X | X | X |
| 222 | MILNER & ORR FUNERAL HOME OF BARDWELL | BARDWELL | KY | Beck Redden | X | X | X |
| 223 | CREMATION SOCIETY OF MN - ST PAUL | ST PAUL | MN | Beck Redden | X | X | X |
| 224 | DIUGUID FUNERAL SERVICE & CREMATORY - | LYNCHBURG | VA | Beck Redden | X | X | X |
| 225 | DIUGUID FUNERAL SERVICE & CREMATORY - | LYNCHBURG | VA | Beck Redden | X | X | X |
| 226 | FUNERAL ALTERNATIVES OF WASHINGTON - | CENTRALIA | WA | Beck Redden | X | X | X |
| 227 | MILNER & ORR FUNERAL HOME OF ARLINGTON | ARLINGTON | KY | Beck Redden | X | X | X |
| 228 | FUNERAL ALTERNATIVES OF WASHINGTON - | FEDERAL WAY | WA | Beck Redden | X | X | X |
| 229 | FUNERAL ALTERNATIVES OF WASHINGTON - | LACEY | WA | Beck Redden | X | X | X |

| GCG No. | Name | City | State | MF, BR, BF | Not Matched | Secondary | Atty Signed |
|---|---|---|---|---|---|---|---|
| 230 | FUNERAL ALTERNATIVES OF WASHINGTON - | TUMWATER | WA | Beck Redden | X | X | X |
| 231 | MILNER & ORR FUNERAL HOME OF WICKLIFFE | WICKLIFFE | KY | Beck Redden | X | X | X |
| 232 | ALTMEYER FUNERAL HOME - NEWPORT NEW VA | NEWPORT NEW | VA | Beck Redden | X | X | X |
| 233 | ALTMEYER FUNERAL HOME - NEWPORT NEW VA | NEWPORT NEW | VA | Beck Redden | X | X | X |
| 234 | ALTMEYER FUNERAL HOME - WILLIAMSBERG VA | WILLIAMSBERG | VA | Beck Redden | X | X | X |
| 235 | GEORGE FUNERAL HOME & CREMATION CENTER | AIKEN | SC | Beck Redden | X | X | X |
| 236 | GLEN HAVEN MEMORIAL GARDENS | MACON | GA | Beck Redden | X | X | X |
| 237 | HIERS-BAXLEY FUNERAL & CREMATION LIFE | THE VILLAGES | FL | Beck Redden | X | X | X |
| 238 | HIERS-BAXLEY FUNERAL SERVICES - BELLEVIE | BELLEVIEW | FL | Beck Redden | X | X | X |
| 239 | HIERS-BAXLEY FUNERAL SERVICES - | THE VILLAGES | FL | Beck Redden | X | X | X |
| 240 | HIGHLAND MEMORIAL PARK | OCALA | FL | Beck Redden | X | X | X |
| 241 | MISSION MORTUARY | MONTEREY | CA | Beck Redden | X | X | X |
| 242 | NITARDY FUNERAL HOME - CAMBRIDGE | CAMBRIDGE | WI | Beck Redden | X | X | X |
| 243 | NITARDY FUNERAL HOME - WHITEWATER | WHITEWATER | WI | Beck Redden | X | X | X |
| 244 | PCFL-A LIFE TRIBUTE FUNERAL CARE - | GULFPORT | FL | Beck Redden | X | X | X |
| 245 | PCFL - A LIFE TRIBUTE FUNERAL CARE - | LARGO | FL | Beck Redden | X | X | X |
| 246 | PCFL - A LIFE TRIBUTE FUNERAL CARE - | TAMPA | FL | Beck Redden | X | X | X |
| 247 | PCFL - ANDERSON-MCQUEEN - | ST. PETERSBURG | FL | Beck Redden | X | X | X |
| 248 | PCFL - PET PASSAGES BY ANDERSON-MCQUEEN | ST PETERSBURG | FL | Beck Redden | X | X | X |
| 249 | PCFL - SUNNYSIDE CEMETARY | ST PETERSBURG | FL | Beck Redden | X | X | X |
| 250 | PORTLAND - HERITAGE MEMORIAL | PORTLAND | OR | Beck Redden | X | X | X |
| 251 | PORTLAND - OREGON CREMATION CO. | HAPPY VALLEY | OR | Beck Redden | X | X | X |
| 252 | PORTLAND - SUNNYSIDE LITTLE CHAPEL | HAPPY VALLEY | OR | Beck Redden | X | X | X |
| 253 | PORTLAND VALLEY MEMORIAL PARK FUNERAL HO | HILLSBORO | OR | Beck Redden | X | X | X |
| 254 | RIGHT CHOICE CREMATION - BRANDON | BRANDON | FL | Beck Redden | X | X | X |
| 255 | RIGHT CHOICE CREMATION - LOUISIANA | BOSSIER CITY | LA | Beck Redden | X | X | X |
| 256 | RIGHT CHOICE CREMATION - OCALA | OCALA | FL | Beck Redden | X | X | X |
| 257 | SHAW & SONS FUNERAL DIRECTORS | YAKIMA | WA | Beck Redden | X | X | X |
| 258 | SIMPLICITY LOWCOUNTRY CREMATION & | LADSON | SC | Beck Redden | X | X | X |
| 259 | SOUTH CAROLINA CREMATION SO-GRANITEVILLE | GRANITEVILLE | SC | Beck Redden | X | X | X |
| 260 | SOUTH CAROLINA CREMATION SOCIETY - | WEST COLUMBIA | SC | Beck Redden | X | X | X |
| 261 | BRAD A. FRANKLIN, DMD (MS) | FLORA | MS | Beck Redden | X | | X |
| 262 | SUMMERS FUNERAL HOME - BOISE | BOISE | ID | Beck Redden | X | X | X |
| 263 | SUMMERS FUNERAL HOME - MERIDIAN | MERIDIAN | ID | Beck Redden | X | X | X |
| 265 | DR. LAKE GARNER (MS) | HATTIESBURG | MS | Beck Redden | X | | X |
| 266 | TJ MCGOWAN SONS FUNERAL HOME-GARNERVILLE | GARNERVILLE | NY | Beck Redden | X | X | X |
| 267 | THOMPSON FUNERAL HOME - WEST COLUMBIA | WEST COLUMBIA | SC | Beck Redden | X | X | X |
| 268 | THOMPSON FUNERAL HOME | COLUMBIA | SC | Beck Redden | X | X | X |
| 269 | WOODRIDGE MEMORIAL PARK & FUNERAL HOME | LEXINGTON | SC | Beck Redden | X | X | X |
| 270 | THE SKIN CLINIC (OK) | DURANT | OK | Beck Redden | X | X | X |
| 271 | THE SKIN CLINIC (OK) | ADA | OK | Beck Redden | X | X | X |
| 272 | THE SKIN CLINIC (OK) | DUNCAN | OK | Beck Redden | X | X | X |
| 273 | TEXAS SPINE CLINIC - BARTON (TX) | SAN ANTONIO | TX | Beck Redden | X | | X |
| 274 | WALNUT GROVE FUNERAL HOME (MS) | WALNUT GROVE | MS | Beck Redden | X | | X |
| 275 | WORKER'S MEDICAL PA (TX) | BRYAN | TX | Beck Redden | X | | X |
| 276 | C&S DENTAL (TX) | MAGNOLIA | TX | Beck Redden | X | | X |
| 277 | ARBOR HOUSE OF MUSTANG | MUSTANG | OK | Beck Redden | X | | X |
| 278 | BENT TREE SURGERY CENTER | RIDGELAND | MS | Beck Redden | X | | X |
| 279 | BRAZOS MEDICAL ASSOCIATES | BRYAN | TX | Beck Redden | X | | X |
| 280 | LAWRENCE BRODER, MD | CEDAR PARK | TX | Beck Redden | X | | X |
| 281 | NEELY AND NEELY DENTAL (MS) | JACKSON | MS | Beck Redden | X | | X |
| 282 | NEWSOM FUNERAL HOME (MS) | CHARLESTON | MS | Beck Redden | X | | X |
| 283 | CLARK MEMORIAL (MS) | MERIDIAN | MS | Beck Redden | X | | X |
| 284 | COGNOS CONSULTANTS, LLC | NATCHES | MS | Beck Redden | X | | X |
| 285 | MARBIE MEMORIAL MORTUARY (TX) | HOUSTON | TX | Beck Redden | X | | X |
| 286 | FAMILY AND COSMETIC DENTISTRY/ | RIDGELAND | MS | Beck Redden | X | | X |
| 287 | FORT BEND DENTAL ASSOCIATES | RICHMOND | TX | Beck Redden | X | | X |
| 288 | ARBOR HOUSE - NORMAN | NORMAN | OK | Beck Redden | X | | X |
| 289 | PEDRO P ALEMAN, DDS | RIDGELAND | MS | Beck Redden | X | | X |
| 290 | ADVANCED ORTHOPAEDICS AND SPORTS MEDICIN | CYPRESS | TX | Beck Redden | X | | X |
| 291 | SYKES FUNERAL HOME (MS) | COLUMUS | MS | Beck Redden | X | | X |
| 292 | SAGEL BLOOMFIELD DANZANSKY GOLDBERG | ROCKVILLE | MD | Beck Redden | X | | X |
| 293 | PORTER FUNERAL HOMES AND CREMATORY | LENEXA | KS | Beck Redden | X | X | X |
| 294 | RIVERSIDE FUNERAL HOME OF SANTA FE | SANTA FE | NM | Beck Redden | X | X | X |
| 295 | RIVERSIDE FUNERAL HOME OF LOS LUNAS | LOS LUNAS | NM | Beck Redden | X | X | X |
| 296 | MENTIS NEURO REHAB (TX) | SAN ANTONIO | TX | Beck Redden | X | | X |
| 297 | SANDERS AND SANDERS FUNERAL HOME (MS) | GREENWOOD | MS | Beck Redden | X | | X |
| 298 | FLOYD'S GREENLAWN CHAPEL | SPARTANBURG | SC | Beck Redden | X | X | X |
| 299 | FLOYD'S BOILING SPRINGS CHAPEL | BOILING SPRINGS | SC | Beck Redden | X | X | X |
| 301 | FLOYD'S PACOLET CHAPEL | PACOLET | SC | Beck Redden | X | X | X |
| 302 | NICKI CRONK, DNP APRN, FNP-BC | SANTA FE | TX | Beck Redden | X | | X |
| 303 | HIXSON BROTHERS MARKSVILLE | MARKSVILLE | LA | Beck Redden | X | X | X |

| GCG No. | Name | City | State | MF, BR, BF | Not Matched | Secondary | Atty Signed |
|---|---|---|---|---|---|---|---|
| 304 | HIXSON BROTHERS JENA | JENA | LA | Beck Redden | X | X | X |
| 306 | LEGACY CREMATION FUNERAL SERVICES | ANDERSON | IN | Beck Redden | X | X | X |
| 307 | BONAVENTURE FUNERAL HOME LLC | SAVANNAH | GA | Beck Redden | X |  | X |
| 308 | SADLER-SUESS FUNERAL HOME | TELFORD | PA | Beck Redden | X | X | X |
| 309 | BEERS & STORY FUNERAL HOMES | SOUTH HADLEY | MA | Beck Redden | X | X | X |
| 310 | BEERS & STORY FUNERAL HOMES | BELCHERTOWN | MA | Beck Redden | X | X | X |
| 311 | ALLIED VETERINARY CREMATIONS, LTD | MANHEIM | PA | Beck Redden | X |  | X |
| 315 | CREMATION SOCIETY OF ILLINOIS (IL) | ROCKFORD | IL | Beck Redden | X |  | X |
| 316 | OLSON BURKE/SULLIVAN FUNERAL & CREMATION | CHICAGO | IL | Beck Redden | X | X | X |
| 317 | ATLANTIS CREMATION | HOLLY HILL | FL | Beck Redden | X | X | X |
| 318 | CHAPEL HILL FUNERAL HOME | OSCEOLA | IN | Beck Redden | X | X | X |
| 319 | COVINGTON MEMORIAL FUNERAL HOME | FORT WAYNE | IN | Beck Redden | X | X | X |
| 320 | DONELSON FUNERAL CHAPEL & CREMATION | HILLSBORO | OR | Beck Redden | X | X | X |
| 321 | FOREST LAWN FUNERAL HOME | GREENWOOD | IN | Beck Redden | X | X | X |
| 322 | GILL FUNERAL SERVICE | WASHINGTON | IN | Beck Redden | X | X | X |
| 323 | OAKMONT FUNERAL & CREMATION SERVICES | VACAVILLE | CA | Beck Redden | X | X | X |
| 324 | PALM BEACH NATIONAL CHAPEL | LAKE WORTH | FL | Beck Redden | X | X | X |
| 325 | SERENITY MEADOWS FUNERAL HOME | RIVERVIEW | FL | Beck Redden | X | X | X |
| 326 | WOODLAWN FUNERAL HOME | JOLIET | IL | Beck Redden | X | X | X |
| 327 | FARMINGTON CREMATION SOCIETY | FARMINGTON | NM | Beck Redden | X | X | X |
| 328 | MEMORY GARDENS OF FARMINGTON | FARMINGTON | NM | Beck Redden | X | X | X |
| 329 | COPE MEMORIAL CHAPEL, AZTEC | AZTEC | NM | Beck Redden | X | X | X |
| 331 | THE SIGNATURE MEMORIAL GROUP | ALBUQUERQUE | NM | Beck Redden | X | X | X |
| 332 | CARLISLE CHAPEL (#202) | ALBUQUERQUE | NM | Beck Redden | X | X | X |
| 333 | ABQ CENTRAL CARE CENTER (#203) | ALBUQUERQUE | NM | Beck Redden | X | X | X |
| 334 | AFFORDABLE CREMATION & BURIAL (#204) | ALBUQUERQUE | NM | Beck Redden | X | X | X |
| 335 | FAIRVIEW MEMORIAL PARK (#205) | ALBUQUERQUE | NM | Beck Redden | X | X | X |
| 336 | GARCIA MORTUARY (#208) | ALBUQUERQUE | NM | Beck Redden | X | X | X |
| 337 | ALAMEDA MORTUARY (#209) | ALBUQUERQUE | NM | Beck Redden | X | X | X |
| 339 | SARA CHAPEL (#210) | RIO RANCHO | NM | Beck Redden | X | X | X |
| 340 | SOUTHERN CHAPEL (#213) | RIO RANCHO | NM | Beck Redden | X | X | X |
| 341 | WYOMING CHAPEL (#214) | ALBUQUERQUE | NM | Beck Redden | X | X | X |
| 342 | SOCORRO CHAPEL (#215) | SOCORRO | NM | Beck Redden | X | X | X |
| 343 | SANDIA MEMORY GARDENS (#216) | ALBUQUERQUE | NM | Beck Redden | X | X | X |
| 344 | AVISTA FUNERAL & CREMATION (#217) | SANTA FE | NM | Beck Redden | X | X | X |
| 345 | OTT & LEE FUNERAL HOME - FOREST (#603) | FOREST | MS | Beck Redden | X | X | X |
| 346 | OTT & LEE FUNERAL HOME - MORTON (#604) | MORTON | MS | Beck Redden | X | X | X |
| 347 | OTT & LEE FUNERAL HOME - RICHLAND (#605) | MORTON | MS | Beck Redden | X | X | X |
| 348 | JOHNSON COUNTY FUNERAL CHAPEL & | OVERLAND PARK | KS | Beck Redden | X | X | X |
| 349 | TERRACE PARK FUNERAL HOME & CEMETERY | KANSAS CITY | MO | Beck Redden | X | X | X |
| 350 | LONGVIEW FUNERAL HOME & CEMETERY | KANSAS CITY | MO | Beck Redden | X | X | X |
| 351 | LINCOLN MEMORIAL PARK (#503) | DALLAS | TX | Beck Redden | X | X | X |
| 352 | CARVER CEMETERY (#506) | WILMER | TX | Beck Redden | X | X | X |
| 353 | BARRON FUNERAL HOME (1007) | CHESTER | SC | Beck Redden | X | X | X |
| 354 | CLARK FUNERAL HOME (1002) | HAWKINSVILLE | GA | Beck Redden | X | X | X |
| 355 | DANTZLER-BAKER FUNERAL HOME | GREAT FALLS | SC | Beck Redden | X | X | X |
| 356 | BUSH RIVER MEMORIAL GARDENS (1015) | COLUMBIA | SC | Beck Redden | X | X | X |
| 357 | CULLER-MCALHANY FUNERAL HOME (1014) | NORTH | SC | Beck Redden | X | X | X |
| 358 | FRAZIER & SON FUNERAL HOME (1010) | ROCHELLE | GA | Beck Redden | X | X | X |
| 359 | MANRY-JORDAN-HODGES FH (1021) | BLAKELY | GA | Beck Redden | X | X | X |
| 360 | PEE DEE CREMATORY & CREMATION CARE | FLORENCE | SC | Beck Redden | X | X | X |
| 361 | TEMPLES-HALLORAN FUNERAL CREMATION SERVS | COLUMBIA | SC | Beck Redden | X | X | X |
| 362 | WEST GEORGIA CREMATORY (1009) | AUSTELL | GA | Beck Redden | X | X | X |
| 363 | GEORGIA CREMATION CARE | AUSTELL | GA | Beck Redden | X | X | X |
| 364 | CENTRAL SAVANNAH RIVER CREMATORY | AUGUSTA | GA | Beck Redden | X | X | X |
| 365 | FOREST HILLS CEMETERY | ELBERTON | GA | Beck Redden | X | X | X |
| 366 | HOPKINS FUNERAL HOME (1005) | WASHINGTON | GA | Beck Redden | X | X | X |
| 367 | DELOACH-MCKERLEY-PRESCOTT & | WAYNESBORO | GA | Beck Redden | X | X | X |
| 368 | POTEET FUNERAL HOME-SOUTH (1007) | AUGUSTA | GA | Beck Redden | X | X | X |

| GCG No. | Name | City | State | MF, BR, BF | Not Matched | Secondary | Atty Signed |
|---|---|---|---|---|---|---|---|

| GCG No. | Name | City | State | MF, BR, BF | Not Matched | Secondary | Atty Signed |
|---|---|---|---|---|---|---|---|

| GCG No. | Name | City | State | MF, BR, BF | Not Matched | Secondary | Atty Signed |
|---|---|---|---|---|---|---|---|
| 1001254 | BALLWEG AND LUNSFORD FUNRL HME | SYRACUSE | NY | Beck Redden | | X | X |
| 1009386 | KLINGNER-COPE FAMILY FUNERAL | SPRINGFIELD | MO | Beck Redden | | X | X |
| 1014504 | E. JAMES REESE FUNERAL HOME PA | SEMINOLE | FL | Beck Redden | | X | X |
| 1021436 | HIERS CHIEFLAND FUNERAL HOME | OCALA | FL | Beck Redden | | X | X |
| 1022646 | WILMINGTON MORTUARY SERVICE | WILMINGTON | NC | Beck Redden | | X | X |
| 1024539 | HERITAGE FUNERAL HOME | HUTCHINSON | KS | Beck Redden | | X | X |
| 1027582 | BREWER AND LEE FUNERAL HOME | FARMINGTON | NM | Beck Redden | | X | X |
| 1029678 | ANDERSON MCQUEEN F.H. | SAINT PETERSBURG | FL | Beck Redden | | X | X |
| 1032696 | CESARZ,CHARAPATA&ZINNECKER FH | WAUKESHA | WI | Beck Redden | | X | X |
| 1032881 | CLAIBORNE FUNERAL HOME | NEW TAZEWELL | TN | Beck Redden | | X | X |
| 1034068 | SMITH, RONALD C L FUNERAL HOME | DUNCANNON | PA | Beck Redden | | X | X |
| 1038280 | MCGUINNESS FUNERAL HOME | WOODBURY | NJ | Beck Redden | | X | X |
| 1041567 | ALBUQUERQUE CENTRAL CARE CTR | ALBUQUERQUE | NM | Beck Redden | | X | X |
| 1042353 | MCGUINNESS FUNERAL HOME | SEWELL | NJ | Beck Redden | | X | X |
| 1051461 | LAMBETH TROXLER FUNERAL HOME | GREENSBORO | NC | Beck Redden | | X | X |
| 1052321 | WILHELM FUNERAL HOME | PORTLAND | OR | Beck Redden | | X | X |
| 1057068 | KIRK & NICE SUBURBAN CHAPEL | PHILADELPHIA | PA | Beck Redden | | X | X |
| 1067207 | COPE MEMORIAL CHAPEL | FARMINGTON | NM | Beck Redden | | X | X |
| 1067464 | MONTLAWN FUNERAL HOME | RALEIGH | NC | Beck Redden | | X | X |
| 1069459 | LONG-FISHER FUNERAL HOME | SISSONVILLE | WV | Beck Redden | | X | X |
| 1069832 | HANKINS & WHITTINGTON FUNERAL | CHARLOTTE | NC | Beck Redden | | X | X |
| 1074159 | SUNSET FUNERAL HOMES | EL PASO | TX | Beck Redden | | X | X |
| 1079137 | OVERLAND PARK CARE CENTER | OVERLAND PARK | KS | Beck Redden | | X | X |
| 1079231 | OVERLAND PARK CHAPEL | OVERLAND PARK | KS | Beck Redden | | X | X |
| 1081890 | LINCOLN FUNERAL HM | DALLAS | TX | Beck Redden | | X | X |
| 1084075 | GRACELAND MORTUARY | GREENVILLE | SC | Beck Redden | | X | X |
| 1085122 | KIRK & NICE SUB CHAPEL 38311 | PHILADELPHIA | PA | Beck Redden | | X | X |
| 1088005 | HERITAGE FUNERAL HOME | HUTCHINSON | KS | Beck Redden | | X | X |
| 1088514 | TJ MCGOWAN SONS | HAVERSTRAW | NY | Beck Redden | | X | X |
| 1090221 | NORTHRIDGE WOODHAVEN FUNERAL | MILLINGTON | TN | Beck Redden | | X | X |
| 1091209 | FOREST LAWN FUNERAL HOME | HENDERSONVILLE | NC | Beck Redden | | X | X |
| 1091349 | EVANS FUNERAL SERVICE | LENOIR | NC | Beck Redden | | X | X |

| GCG No. | Name | City | State | MF, BR, BF | Not Matched | Secondary | Atty Signed |
|---|---|---|---|---|---|---|---|
| 1096371 | PIERCE JEFFERSON FUNERAL SVC | KERNERSVILLE | NC | Beck Redden | | X | X |
| 1096448 | JEFF EBERHART FUNERAL HOME | DALLAS | GA | Beck Redden | | X | X |
| 1096764 | LODI FUNERAL HOME | LODI | CA | Beck Redden | | X | X |
| 1099941 | LAMBETH TROXLER FH 4321 | GREENSBORO | NC | Beck Redden | | X | X |
| 1100141 | VALHALLA FUNERAL HOME | BIRMINGHAM | AL | Beck Redden | | X | X |
| 1100816 | STONEMORE PARTNER, L.P. | ALLENTOWN | PA | Beck Redden | | X | X |
| 1100853 | OTT & LEE FUNERAL HOME | BRANDON | MS | Beck Redden | | X | X |
| 1104274 | RIVERSIDE ALTMEYER F.H. | VIRGINIA BEACH | VA | Beck Redden | | X | X |
| 1106606 | TIFFANY FUNERAL HOME | LANSING | MI | Beck Redden | | X | X |
| 1107896 | FREEMAN HARRIS FUNERAL HOME | ROCKMART | GA | Beck Redden | | X | X |
| 1109801 | OTT & LEE FUNERAL HOME | BRANDON | MS | Beck Redden | | X | X |
| 1114374 | CLARK FUNERAL HOME | HAWKINSVILLE | GA | Beck Redden | | X | X |
| 1119155 | MELROSE ABBEY MEMORIAL | ANAHEIM | CA | Beck Redden | | X | X |
| 1127872 | KENTUCKY MORTUARY SERVICE | LEXINGTON | KY | Beck Redden | | X | X |
| 1128171 | VISTA VERDE | RIO RANCHO | NM | Beck Redden | | X | X |
| 1130066 | SEAWINDS FUNERAL HOME | SEBASTIAN | FL | Beck Redden | | X | X |
| 1130732 | ALTMEYER FUNERAL HOME | VIRGINIA BEACH | VA | Beck Redden | | X | X |
| 1132145 | CREMATION SOCIETY OF MN | MINNEAPOLIS | MN | Beck Redden | | X | X |
| 1134188 | KLINGNER-COPE FAMILY FUNERAL | SPRINGFIELD | MO | Beck Redden | | X | X |
| 1134634 | NITARDY FUNERAL HOME | FORT ATKINSON | WI | Beck Redden | | X | X |
| 1135039 | ANGEL VALLEY FUNERAL HOME | FARMINGTON | NM | Beck Redden | | X | X |
| 1141080 | GREENLAWN MEM PARK & FH | COLUMBIA | SC | Beck Redden | | X | X |
| 1141933 | OAKMONT MORTUARY STONEMOR #842 | LAFAYETTE | CA | Beck Redden | | X | X |
| 1142202 | BETZ & STEWART FAMILY FUNERAL | AMSTERDAM | NY | Beck Redden | | X | X |
| 1143335 | KEYSTONE GARDNER BROCKMAN FH | VINCENNES | IN | Beck Redden | | X | X |
| 1144898 | RIDOUTS BROWN SERVICE | DECATUR | AL | Beck Redden | | X | X |
| 1145897 | LINCOLN FUNERAL HOME | DALLAS | TX | Beck Redden | | X | X |
| 1146364 | WHITE COLUMNS CHAPEL | MABLETON | GA | Beck Redden | | X | X |
| 1146529 | HICKS FUNERAL HOME | ELBERTON | GA | Beck Redden | | X | X |
| 1148826 | SIMPLICITY LOW CNTRY CREMATION | NORTH CHARLESTON | SC | Beck Redden | | X | X |
| 1149850 | STRONG-THORNE MORTUARY | ALBUQUERQUE | NM | Beck Redden | | X | X |
| 1150490 | WILSON CHAPEL OF THE ROSES | ROSEBURG | OR | Beck Redden | | X | X |
| 1150981 | SEASIDE FUNERAL HOME | SAND CITY | CA | Beck Redden | | X | X |
| 1151475 | TSE BONITO | GALLUP | NM | Beck Redden | | X | X |
| 1152298 | SUNSET FUNERAL HOMES | EL PASO | TX | Beck Redden | | X | X |
| 1153152 | SCOTT FUNERAL HOME | LAKE PLACID | FL | Beck Redden | | X | X |
| 1166436 | WATSON-MATTHEWS FUNERAL HOME | MONTEZUMA | GA | Beck Redden | | X | X |
| 1169130 | KERSEY FUNERAL HOME | AUBURNDALE | FL | Beck Redden | | X | X |
| 1170923 | CRESTWOOD FUNERAL HOME | GADSDEN | AL | Beck Redden | | X | X |
| 1173237 | BREWER/LEE/LARKIN FUNERAL HOME | FARMINGTON | NM | Beck Redden | | X | X |
| 1175238 | KYPER FUNERAL HOME | GLENSHAW | PA | Beck Redden | | X | X |
| 1176494 | TIFFANY FUNERAL HOME | LANSING | MI | Beck Redden | | X | X |
| 1177298 | MCCAULEY, MICHAEL MD | ARDMORE | OK | Beck Redden | | X | X |
| 1178614 | NEUMYER FUNERAL HOME | HARRISBURG | PA | Beck Redden | | X | X |
| 1180882 | EWING FUNERAL HOME | SEDALIA | MO | Beck Redden | | X | X |
| 1182444 | COPE MEMORIAL KIRTLAND CHAPEL | KIRTLAND | NM | Beck Redden | | X | X |
| 1183901 | CARTER TRENT FUNERAL HOME | GATE CITY | VA | Beck Redden | | X | X |
| 1185042 | IVEY FUNERAL HOME | BAINBRIDGE | GA | Beck Redden | | X | X |
| 1191912 | HIERS FUNERAL HOME | OCALA | FL | Beck Redden | | X | X |
| 1193877 | SUNSET FUNERAL HOMES | EL PASO | TX | Beck Redden | | X | X |
| 1196055 | THE DANIELS COMPANY LLC | GALLUP | NM | Beck Redden | | X | X |
| 1196101 | EMERALD HILLS FUNERAL HOMES | KENNEDALE | TX | Beck Redden | | X | X |
| 1205429 | STOUDENMIRE DOWLING | FLORENCE | SC | Beck Redden | | X | X |
| 1206412 | GABALDON MORTUARY INC | ALBUQUERQUE | NM | Beck Redden | | X | X |
| 1209480 | ALTMEYER FUNERAL HOME | AHOSKIE | NC | Beck Redden | | X | X |
| 1211367 | THOMPSON FUNERAL HOME | LEXINGTON | SC | Beck Redden | | X | X |
| 1215785 | PRYOR FUNERAL HOME | EAST BANK | WV | Beck Redden | | X | X |
| 1219031 | SIERRA VIEW MORTUARY | OLIVEHURST | CA | Beck Redden | | X | X |
| 1222080 | SCHNEIDER-MICHAELIS FUNERAL HM | JEFFERSON | WI | Beck Redden | | X | X |
| 1222941 | PACIFIC GARDENS CHAPEL | SANTA CRUZ | CA | Beck Redden | | X | X |
| 1226631 | ELKINS FUNERAL HOME | FLORENCE | AL | Beck Redden | | X | X |
| 1233845 | KIRK & NICE, INC. | PLYMOUTH MEETING | PA | Beck Redden | | X | X |
| 1235267 | ROY DAVIS FUNERAL HOME | AUSTELL | GA | Beck Redden | | X | X |
| 1241169 | THE DANIELS COMPANY LLC | FARMINGTON | NM | Beck Redden | | X | X |
| 1241424 | BOONE FUNERAL HOME | BOSSIER CITY | LA | Beck Redden | | X | X |
| 1241983 | SHULER FUNERAL HOME | HENDERSONVILLE | NC | Beck Redden | | X | X |
| 1242379 | DEVARGAS FUNERAL HOME | ESPANOLA | NM | Beck Redden | | X | X |
| 1246339 | STEPHEN R. HAKY FUNERAL HOME | UNIONTOWN | PA | Beck Redden | | X | X |
| 1249909 | BETZ, ROSSIE AND BELLINGER | AMSTERDAM | NY | Beck Redden | | X | X |
| 1256308 | STEELE FAMILY FUNERAL HOME | WINTER HAVEN | FL | Beck Redden | | X | X |
| 1256333 | SUN CITY FUNERAL HOME | SUN CITY CENTER | FL | Beck Redden | | X | X |
| 1257596 | LEE MEMORIAL F.H., INC. | VERONA | MS | Beck Redden | | X | X |

| GCG No. | Name | City | State | MF, BR, BF | Not Matched | Secondary | Atty Signed |
|---|---|---|---|---|---|---|---|
| 1257723 | LOHMAN FUNERAL HOME DAYTONA BE | DAYTONA BEACH | FL | Beck Redden | | X | X |
| 1262478 | POLLOCK & BEST | NEW BERN | NC | Beck Redden | | X | X |
| 1265140 | MCDERMOTT-CROCKETT MORTUARY | SANTA BARBARA | CA | Beck Redden | | X | X |
| 1265756 | WALRATH & STEWART FUNERAL HOME | GLOVERSVILLE | NY | Beck Redden | | X | X |
| 1267304 | MARTIN MACLEAN ALTMEYER F.H. | WHEELING | WV | Beck Redden | | X | X |
| 1272515 | FREEMAN HARRIS FUNERAL HOME | ROCKMART | GA | Beck Redden | | X | X |
| 1272855 | ALLEN J HARDEN FUNERAL HOME | MOUNT DORA | FL | Beck Redden | | X | X |
| 1275677 | SACRAMENTO MEMORIAL LAWN | SACRAMENTO | CA | Beck Redden | | X | X |
| 1278667 | CARTER TRENT FUNERAL | KINGSPORT | TN | Beck Redden | | X | X |
| 1278874 | ALTERNATIVE CHOICE | FARMINGTON | NM | Beck Redden | | X | X |

| GCG No. | Name | City | State | MF, BR, BF | Not Matched | Secondary | Atty Signed |
|---|---|---|---|---|---|---|---|
| 1000316 | THARP FUNERAL HOME | LYNCHBURG | VA | Beck Redden | | | X |
| 1007345 | KIP SAUNDERS, MD | SPRING | TX | Beck Redden | | | X |
| 1007860 | MILLS, REDDING AND DENNIS, D.D | JACKSON | MS | Beck Redden | | | X |
| 1008330 | MEREDITH NOWELL FUNERAL HOME | LOUISVILLE | MS | Beck Redden | | | X |
| 1009143 | MILNER & ORR FUNERAL HOME | PADUCAH | KY | Beck Redden | | | X |
| 1009818 | GARY R. MENNIE, MD | BEAUMONT | TX | Beck Redden | | | X |
| 1013593 | FAMILY MEMORIAL FUNERAL SERV | CANTON | MS | Beck Redden | | | X |
| 1015132 | COMBS & PARSON FUNERAL HOM | RICHMOND | KY | Beck Redden | | | X |
| 1016274 | BAY AREA, MORTUARY SUPPORT GRP | SAN JOSE | CA | Beck Redden | | | X |
| 1016352 | BILLDORA SENIOR CARE | TYLERTOWN | MS | Beck Redden | | | X |
| 1019503 | BRANTLEY-PHILLIPS FUNERAL HOME | HERNANDO | MS | Beck Redden | | | X |
| 1020438 | J.F. BRITTENUM & SON FUNERAL | HOLLY SPRINGS | MS | Beck Redden | | | X |
| 1024928 | DIVINE CHILDRENS CLINIC | DONNA | TX | Beck Redden | | | X |
| 1028233 | NM MORTUARY/RIVERSIDE FUNERAL | ALBUQUERQUE | NM | Beck Redden | | | X |
| 1030128 | PORTER FUNERAL HOME | KANSAS CITY | KS | Beck Redden | | | X |
| 1030656 | MALCOLM RUDE, MD | COLLEGE STA | TX | Beck Redden | | | X |
| 1031943 | ARBOR HOUSE ASSISTED LIVING | GRANBURY | TX | Beck Redden | | | X |
| 1034393 | SUNSET FUNERAL HOME | EL PASO | TX | Beck Redden | | | X |
| 1036567 | ARBOR HOUSE ASSISTED LIVING | DALLAS | TX | Beck Redden | | | X |
| 1041183 | S M FINNEY FUNERAL HOME INC | CLAIRTON | PA | Beck Redden | | | X |
| 1043799 | CRUCIBLE PHYSICAL MEDICINE | FRISCO | TX | Beck Redden | | | X |
| 1051663 | J LEVY FUNERAL HOME | GALVESTON | TX | Beck Redden | | | X |

| GCG No. | Name | City | State | MF, BR, BF | Not Matched | Secondary | Atty Signed |
|---|---|---|---|---|---|---|---|
| 1060130 | HIXSON BROTHERS INC | ALEXANDRIA | LA | Beck Redden | | | X |
| 1064197 | AFFORDABLE BURIAL & CREMATION | AUSTIN | TX | Beck Redden | | | X |
| 1067235 | BARBARA STUBEE, MD | PORT ARTHUR | TX | Beck Redden | | | X |
| 1067915 | LEXINGTON MANOR | LEXINGTON | MS | Beck Redden | | | X |
| 1071669 | WNJ- VAN ALYSTENE SPECIALTY | SHERMAN | TX | Beck Redden | | | X |
| 1071858 | WILLIAMS FUNERAL HOME | COLUMBIA | TN | Beck Redden | | | X |
| 1088078 | WESTLAKE DERMATOLOGY | AUSTIN | TX | Beck Redden | | | X |
| 1090773 | FOURRIER FAMILY DENTISTS | WALLER | TX | Beck Redden | | | X |
| 1091488 | JAMES R. PEOPLE, III, DDS | HOUSTON | TX | Beck Redden | | | X |
| 1093055 | BRITLINGER FUNERAL HOME | DECATUR | IL | Beck Redden | | | X |
| 1094058 | CUTSHALL FUNERAL HOME | IUKA | MS | Beck Redden | | | X |
| 1097338 | BEKAVAC FUNERAL HOME | CLAIRTON | PA | Beck Redden | | | X |
| 1103956 | TEXAS FAMILY MEDICAL CENTER | TOMBALL | TX | Beck Redden | | | X |
| 1106023 | ABDELSAYED, DALLAL MD | HIGHLANDS | TX | Beck Redden | | | X |
| 1107315 | BRAZOS VALLEY INTERNAL MED. | BRYAN | TX | Beck Redden | | | X |
| 1108379 | DOWNTOWN DENTAL SERVICES | BEAUMONT | TX | Beck Redden | | | X |
| 1114279 | CARE PLUS MEDICAL CENTER | BRYAN | TX | Beck Redden | | | X |
| 1114471 | BAYLOR ANIMAL CLINIC | BACLIFF | TX | Beck Redden | | | X |
| 1118003 | GERRETS, DR. THOMAS F. | RIDGELAND | MS | Beck Redden | | | X |
| 1119046 | MANUEL ROGERS & SONS | FALL RIVER | MA | Beck Redden | | | X |
| 1123645 | STANLY FUNERAL HOME | ALBEMARLE | NC | Beck Redden | | | X |
| 1125532 | KANDASAMI SENTHILKUMAR, MD | BEAUMONT | TX | Beck Redden | | | X |
| 1126163 | NORTHWEST WOMEN'S CENTER | HOUSTON | TX | Beck Redden | | | X |
| 1127962 | WOODFIN MEMORIAL CHAPEL | MURFREESBORO | TN | Beck Redden | | | X |
| 1132391 | MOUNTAIN VIEW MORTUARY | ALTADENA | CA | Beck Redden | | | X |
| 1133544 | OLTHOF FUNERAL HOME, INC. | ELMIRA | NY | Beck Redden | | | X |
| 1134033 | JF FLOYD MORTUARY | SPARTANBURG | SC | Beck Redden | | | X |
| 1137890 | BEERS & STORY FUNERAL HOME | PALMER | MA | Beck Redden | | | X |
| 1139253 | ADVANCED CARDIOVASCULAR | BEAUMONT | TX | Beck Redden | | | X |
| 1142952 | MORRIS-BAKER FUNERAL HME/CRMTY | JOHNSON CITY | TN | Beck Redden | | | X |
| 1145964 | THE EYE CLINIC OF TX | GALVESTON | TX | Beck Redden | | | X |
| 1146102 | MICHAEL JONES MD | BRYAN | TX | Beck Redden | | | X |
| 1147764 | MCDONALD FUNERAL HOME | PICAYUNE | MS | Beck Redden | | | X |
| 1149928 | SRC | EL PASO | TX | Beck Redden | | | X |
| 1152191 | OMEGA FUNERAL & CREMATION SVCS | PORTLAND | OR | Beck Redden | | | X |
| 1153198 | MCCAULEY MICHAEL MD | ARDMORE | OK | Beck Redden | | | X |
| 1155401 | ISLAND FUNERAL HOME | HILTON HEAD ISLAND | SC | Beck Redden | | | X |
| 1158309 | GLOBAL MORTUARY AFFAIRS | MESQUITE | TX | Beck Redden | | | X |
| 1159067 | MISSION FIRST | JACKSON | MS | Beck Redden | | | X |
| 1159654 | DR JEFFERY LOWE | HAYS | KS | Beck Redden | | | X |
| 1159797 | ARBOR HOUSE ASSISTED LIVING | TEMPLE | TX | Beck Redden | | | X |
| 1162177 | FINNEY FUNERAL HOME | CLAIRTON | PA | Beck Redden | | | X |
| 1162843 | CUTBIRTH & SANDERSON | MAGNOLIA | TX | Beck Redden | | | X |
| 1163862 | ARBOR HOUSE ASSISTED LIVING | ROCKWALL | TX | Beck Redden | | | X |
| 1167078 | METRO AMBULANCE | MERIDIAN | MS | Beck Redden | | | X |
| 1168742 | NASSOUR, HERBERT MD | EL PASO | TX | Beck Redden | | | X |
| 1170105 | BERNARD SUESS FUNERAL HOME INC | PERKASIE | PA | Beck Redden | | | X |
| 1170687 | E.J. MANDZIUK FUNERAL HOME | STERLING HEIGHTS | MI | Beck Redden | | | X |
| 1178403 | PULMONARY SPECIALISTS OF TYLER | TYLER | TX | Beck Redden | | | X |
| 1180196 | SCHLOTTER, DR JAMES | SAN MARCOS | TX | Beck Redden | | | X |
| 1183477 | WATERS FUNERAL | BALDWYN | MS | Beck Redden | | | X |
| 1188611 | HEARTHSTONE ANIMAL CLINIC | HOUSTON | TX | Beck Redden | | | X |
| 1192100 | MAGNOLIA NURSING HOME | JACKSON | MS | Beck Redden | | | X |
| 1192824 | KIP SAUNDERS, MD | SPRING | TX | Beck Redden | | | X |
| 1195132 | WINTERS FUNERAL HOME | KOSCIUSKO | MS | Beck Redden | | | X |
| 1196335 | WESTLAKE DERMATOLOGY | AUSTIN | TX | Beck Redden | | | X |
| 1196665 | SOUTH EAST TEXAS ENT | BEAUMONT | TX | Beck Redden | | | X |
| 1197500 | SOUTHWEST RETINA CONSULTANTS | EL PASO | TX | Beck Redden | | | X |
| 1198390 | MUSSO FAMILY DENTAL | GARLAND | TX | Beck Redden | | | X |
| 1200633 | CELENTANO FUNERAL HOME | NEW HAVEN | CT | Beck Redden | | | X |
| 1201392 | HERNANDO FUNERAL HOME | HERNANDO | MS | Beck Redden | | | X |
| 1202198 | WEBB FUNERAL HOME | NATCHEZ | MS | Beck Redden | | | X |
| 1203296 | VICTORIA MORTUARY SERVICES | VICTORIA | TX | Beck Redden | | | X |
| 1207176 | CUTBIRTH & SANDERSON | MAGNOLIA | TX | Beck Redden | | | X |
| 1212453 | FESMIRE, ROBERT DDS | NASHVILLE | TN | Beck Redden | | | X |
| 1214716 | EYE CLINIC OF TX (LEAGUE CITY) | GALVESTON | TX | Beck Redden | | | X |
| 1217009 | MORTIMER FUNERAL HOME | GREENVILLE | MS | Beck Redden | | | X |
| 1218287 | SERVICE CORP. INTL. (SCI) | HOUSTON | Tx | Beck Redden | | | X |
| 1219636 | VINES FUNERAL HOME | LAFAYETTE | AL | Beck Redden | | | X |
| 1220000 | WESTLAKE DERMATOLOGY | AUSTIN | TX | Beck Redden | | | X |
| 1220984 | SYLVESTRE, DIANA MD | OAKLAND | CA | Beck Redden | | | X |
| 1221551 | SCOTT MEMORIAL FUNERAL HOME | YAZOO CITY | MS | Beck Redden | | | X |

| GCG No. | Name | City | State | MF, BR, BF | Not Matched | Secondary | Atty Signed |
|---|---|---|---|---|---|---|---|
| 1222506 | RANDLE-DABLE FUNERAL HOME | WAUKESHA | WI | Beck Redden | | | X |
| 1226524 | GUERRERO-DEAN FUNERAL HOME | GRAND PRAIRIE | TX | Beck Redden | | | X |
| 1230359 | GERMANY DENTAL | BRANDON | MS | Beck Redden | | | X |
| 1237578 | FLANNER AND BUCHANAN CREM CTR | INDIANAPOLIS | IN | Beck Redden | | | X |
| 1240341 | FAMILY WELLNESS CTR | MARBLE FALLS | TX | Beck Redden | | | X |
| 1247786 | DUSCKAS-MARTIN | ERIE | PA | Beck Redden | | | X |
| 1249674 | COLEMAN FUNERAL HOME | OXFORD | MS | Beck Redden | | | X |
| 1250709 | JIMERSON-LIPSEY FUNERAL HOME | CARTHAGE | TX | Beck Redden | | | X |
| 1252983 | ALTMEYER FUNERAL HOMES | WHEELING | WV | Beck Redden | | | X |
| 1257929 | MARK D. LARSON, MD | BEAUMONT | TX | Beck Redden | | | X |
| 1260411 | ARBOR HOUSE OF MARBLE FALLS | MARBLE FALLS | TX | Beck Redden | | | X |
| 1260863 | JAMES H DAVIS FUNERAL HOME | OWENSBORO | KY | Beck Redden | | | X |
| 1264701 | TIMOTHY R BORDEN ENTERPR. INC | LOUISVILLE | KY | Beck Redden | | | X |
| 1271963 | JESSE H. GEIGLE FUNERAL HOME | HARRISBURG | PA | Beck Redden | | | X |
| 1273216 | OASIS-ORG TO ACHIEVE SOLUT SUB | OAKLAND | CA | Beck Redden | | | X |
| 1274406 | OUBRE ANIMAL CLINIC, INC | WAKE VILLAGE | TX | Beck Redden | | | X |
| 1276621 | DELHOMME FUNERAL HOME INC | LAFAYETTE | LA | Beck Redden | | | X |
| 1277973 | GOODWIN FUNERAL HOME | VINCENNES | IN | Beck Redden | | | X |