# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.1
### Eastern Division

Stericycle, Inc., Sterisafe Contract Litigation, et al.

                            Plaintiff,

v.                                          Case No.: 1:13−cv−05795

                                          Honorable Robert W. Gettleman

Stericycle, Inc., et al.

                            Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, April 17, 2018:

      MINUTE entry before the Honorable Robert W. Gettleman: Motion hearing held on 4/17/2018. Charlie Wysong's motion [398] for leave to withdraw as attorney for Foundation Partners Group et al. is granted. Defendant Stericycle, Inc.'s agreed motion [400] to continue status conference set for 4/18/2018 is granted. Status hearing set for 4/18/2018 is reset to 5/3/2018 at 1:30 p.m. Status report due by 4/26/2018. Mailed notice (cn)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.