UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| IN RE: STERICYCLE, INC., STERI-SAFE CONTRACT LITIGATION | No. 1:13-cv-05795<br>MDL No. 2455<br><br>Judge Robert W. Gettleman |

### NOTICE OF FILING OF DECLARATION OF SETTLEMENT ADMINISTRATOR RE: FINAL OPT-OUT LIST

Plaintiffs hereby give notice of filing of the following document pursuant to the Court's Final Approval Order dated March 8, 2018 (Dkt. No. 382): Declaration of Shandarese Garr (attached hereto as Exhibit 1).

DATED: April 26, 2018

Respectfully submitted,

By: */s/ Steve W. Berman*
    Steve W. Berman
Garth D. Wojtanowicz
HAGENS BERMAN SOBOL SHAPIRO LLP
1918 Eighth Avenue, Suite 3300
Seattle, WA 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594
Email: steve@hbsslaw.com
Email: garthw@hbsslaw.com

Elizabeth A. Fegan
HAGENS BERMAN SOBOL SHAPIRO LLP
455 Cityfront Plaza Drive, Suite 2410
Chicago, IL 60611
Telephone: (708) 628-4949
Facsimile: (708) 628-4950
Email: beth@hbsslaw.com

*Class Counsel*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and accurate copy of the foregoing was filed electronically via the Court's ECF system on April 26, 2018. Notice of electronic filing will be sent to all parties by operation of the Court's electronic filing system.

DATED: April 26, 2018                                HAGENS BERMAN SOBOL SHAPIRO LLP

By: */s/ Steve W. Berman*
 STEVE W. BERMAN