**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

|  |  |  |
|---|---|---|
| **IN RE: STERICYCLE, INC.,** | ) | **Case No. 1:13-cv-05795** |
| **STERI-SAFE CONTRACT LITIGATION** | ) | |
| | ) | **MDL No. 2455** |
| | ) | |
| | ) | **Judge Robert W. Gettleman** |

## ADDITIONAL STATUS REPORT REGARDING OPT-OUT REQUESTS

Stericycle, Inc. ("Stericycle") and Beck Redden LLP ("Beck Redden"), by and through their respective counsel, hereby submit the following additional status report to advise the Court of the current status of discussions regarding a subset of Beck Redden clients that either have not yet submitted a cure or had submitted a late cure:

## A.    JOINT FACTUAL STATEMENT[1]

In the process of reviewing requests for exclusion and compiling the Opt Out List in connection with this Settlement, the Class Action Settlement Administrator brought to the attention of Stericycle and Plaintiffs Lyndon Veterinary Clinic, PLLC, et al. (collectively, the "Parties") certain issues with respect to some requests for exclusion; namely:

- Requests for exclusion in which certain entities attempted to opt out on behalf of other members of the Class by signing one request for exclusion and attaching a list of other entities that were purportedly covered by that same proposed request for exclusion ("mass opt outs");

- Requests for exclusions that were not signed by the member of the class; and

- Requests for exclusion that could not be matched to the Class records.

---

[1]  Unless stated otherwise, all capitalized terms have the same meaning ascribed to them in the Settlement Agreement, which was attached to the Declaration of Steve W. Berman in support of Plaintiffs' motion for preliminary approval.  See Settlement Agreement (Dkt. #306-1).

See Joint Motion (Dkt. #369) at ¶ 3. As detailed in the Joint Motion, the Parties believed these requests for exclusions failed to comply with the requirements stated in the Settlement Agreement for properly opting out. See id. at ¶¶5-14.

The Parties then sought an order from the Court that would allow those entities that submitted requests for exclusions signed by counsel and those that did not match the class data an opportunity cure the identified deficiency. See Joint Motion (Dkt. #369) at ¶¶ 11-14. The Parties also sought an order from the Court that the "mass opt outs" should not be permitted to cure their deficient request. See id. at ¶¶ 5-10. The Court granted the Parties' motion on March 1, 2018. See March 1, 2018 Order (Dkt. #372).

Beck Redden represents a number of clients whose interests are implicated by the Settlement, and Beck Redden submitted opt-out notices on behalf of those clients on January 22, 2018 (Dkt #379-1). When Beck Redden learned of the March 1, 2018 Order, it filed an emergency motion for reconsideration on March 8, 2018, just prior to the Fairness Hearing. See Emergency Motion (Dkt. #379). The Court and the Parties addressed Beck Redden's motion in detail at the Fairness Hearing, and as a result of those discussions, the Parties agreed to allow those entities identified as "mass opt outs" an opportunity to cure the defect and sought approval from the Court to send a letter to those "mass opt outs," identifying the deficiency and providing the member of the Class ten (10) days to correct the deficiency and submit a valid request for exclusion. See Joint Motion to Approve Letter to Opt Outs (Dkt. #384). On March 14, 2018, the Court granted the Parties' request and approved the letter to be sent to the "mass opt outs." See March 14, 2018 Order (Dkt. #386).

On March 19, 2018, the Class Action Settlement Administrator sent the letters, and all letters were copied to counsel by email if counsel were known.  See Garr Decl. (Dkt. #408-1) at ¶¶ 6-7.  The purported opt outs and their attorneys had until March 29, 2018 to cure any deficiencies and to return valid requests for exclusion to the Class Action Settlement Administrator.  See id.

Following the cure period, Beck Redden and the Parties have worked constructively to address any remaining issues with respect to Beck Redden's clients.  As a result of those discussions, a dispute remains with respect to only forty-four (44) requests for exclusions submitted by Beck Redden.  Of the requests that remain disputed, forty (40) did not submit any cure and the Parties believe that they remain deficient:  thirty-one (31) are signed only by an attorney, fifteen (15) were deemed "mass opt outs" and six (6) fall into both categories.  See Garr Decl. (Dkt. #408-1) at ¶8 & Ex. D.  The final four (4) requests for exclusion were submitted late. See id.  Beck Redden disputes that these requests are or remain deficient.

Stericycle and Beck Redden submit their positions regarding the disputed opt outs below.

**B.      BECK REDDEN'S POSITION**

1.      Beck Redden respectfully submits that the original opt-out notices of its clients were valid, and thus the failure of these 44 clients to tender timely cures is legally immaterial. Beck Redden does not wish to frustrate the class settlement, but simply to protect the rights of its clients who chose to opt out.  The total value assigned to these 44 clients in the settlement appears to be less than $50,000.

2.      It is settled that "each class member in actions for money damages is entitled as a matter of due process to personal notice and an opportunity to opt out of the class action." Lemon v. Int'l Union of Operating Engineers, Local No. 139, 216 F.3d 577, 580 (7th Cir. 2000). Thus, courts should not place onerous burdens on class members who wish to opt out; if a person

or entity has fairly indicated its desire not to be bound by a class settlement, courts should respect that decision.

3.      The Parties' principal objection appears to be that the original opt-outs were signed by attorneys rather than by clients, but neither the settlement and class notice nor the caselaw prohibits attorneys from signing opt-out forms on behalf of their clients.  As a general rule, an attorney may sign an opt-out request on behalf of the client.  Because attorneys have the power to sign documents on their clients' behalf, "the legal propriety of attorneys signing their clients' opt-out requests cannot be impugned."  In re Gen. Am. Life Ins. Co. Sales Practices Litig., 268 F.3d 627, 635 (8th Cir. 2001), vacated on other grounds sub nom. Henderson v. Gen. Am. Life Ins. Co., 536 U.S. 919 (2002).

4.      This general rule can be varied if a court order regarding class notice expressly advises absent class members that attorneys cannot act on their behalf, such as by language requiring opt-outs to "include the Class Member's signature (*an attorney's signature is not sufficient*)," Muzuco v. Re$ubmitIt, LLC, No. CV 11-62628-CIV, 2014 WL 11531784, at *2 (S.D. Fla. June 25, 2014) (emphasis added), or by language requiring opt-out forms to "be *personally* signed by the Settlement Class Member requesting exclusion."  Hallie v. Wells Fargo Bank, N.A., No. 2:12-CV-00235-PPS, 2015 WL 1914864, at *2 (N.D. Ind. Apr. 27, 2015) (emphasis added).  But here, the settlement notice only requested "your signature" from members who wished to opt out.  Given the due process principles at stake, this language was not sufficiently explicit to alter the general rule.  For this reason, the original opt-outs signed by counsel were valid.

5.      Contrary to the Parties' claim, these are not "mass opt-outs."  The general prohibition on "mass" or "class" opt-outs stems from policy concerns that attorneys should not be allowed to exercise rights they do not actually possess by opting out class members they do not represent. E.g., Hanlon v. Chrysler Corp., 150 F.3d 1011, 1024 (9th Cir. 1998); Moulton v. U.S. Steel Corp., 581 F.3d 344, 355 (6th Cir. 2009).  That concern is valid in the context of opt-out notices filed by counsel on behalf of an uncertified putative class, e.g., Hanlon, 150 F.3d at 1024, but that is not what happened here.

6.      Parent corporations are entitled to opt out multiple business offices.  Similarly, courts allow parent companies to opt out their affiliates and subsidiaries.  See, e.g., Thomas J. Lipton, Inc. v. Owens-Illinois, Inc., 89 C 6038, 1990 WL 8680, at *2 (N.D. Ill. Jan. 17, 1990) (opt-out of corporate affiliates is proper if request "can reasonably be read to include them and [the party signing the notice] had legal authority to speak for them"); In re TFT-LCD (Flat Panel) Antitrust Litig., 37 F. Supp. 3d 1102, 1106 (N.D. Cal. 2014) (allowing parent to opt out on behalf of non-operating subsidiary despite not mentioning subsidiary by name in request). Accordingly, Beck Redden respectfully submits that the original opt-out notices sent on behalf of corporate subsidiaries and affiliates were not "mass opt outs," and were valid.

7.      If the Court agrees that the original opt-outs were valid, it will be unnecessary to address the distinct position of the few Beck Redden clients who tendered their "cure" notices after the 10-day period.  Otherwise, Beck Redden asks that their notices be accepted even if tardy.  See MANUAL FOR COMPLEX LITIGATION § 21.321 (4th ed. 2004), 2004 WL 258809 ("The judge may treat as effective a tardy election to opt out.").  Beck Redden contacted all its clients immediately upon learning of the 10-day cure period and requested the information required by the Court.  Those clients whose cures were tendered late attempted to return their information to

Beck Redden before the deadline but encountered communication difficulties.  Beck Redden did not tender those cures immediately, planning to raise the issue at the hearing, but did so after Stericycle's counsel asked that any late cures be sent to the Administrator.  See Price Dec. at ¶¶ 2-13.

## C.    STERICYCLE'S POSITION

Stericycle respectfully submits that the Court has already determined that requests for exclusion that were signed only by an attorney and those that attempted to opt out on behalf of other members of the class failed to comply with the requirements stated in the Settlement Agreement for properly opting out.  See March 14, 2018 Order (Dkt. #386); March 1, 2018 Order (Dkt. #372); Joint Motion (Dkt. #369) at ¶¶5-14 & Ex. A at ¶ 12; Settlement Agreement (Dkt. #306-1) at § VI.  Beck Redden has not provided any reason to reconsider the Court's prior orders.  See disc. infra at 6-10.

Attorney-signed requests for exclusion violate the directions in the Class Action Notice, which was incorporated into both the Settlement Agreement and the Preliminary Approval Order and which clearly requires the signature of the member of the Class.  See Joint Motion (Dkt. #369) at Ex. A at ¶ 12.  Indeed, the Class Action Notice specifically directs that "[i]n the letter, you must include your name (or the name of your business that was a Stericycle customer), address and your signature."  Id. (emphasis supplied).  The Class Action Notice is provided to members of the Class (not their attorneys), and as such, "you" is plainly used throughout the notice to refer to the member of the Class.  See id. at Ex. A at passim.  There is no reasonable reading of this sentence that would lead to the conclusion that a request for exclusion could be signed by an attorney rather than by a member of the Class.  See id. at Ex. A at ¶ 12.

To that end, multiple courts have rejected opt out requests that were signed solely by an attorney, noting that allowing attorneys to act for class members undermines the purposes of class settlements:

> The purpose of requiring the class member to actually sign the opt out—as opposed to allowing a lawyer to sign it for her—is to give assurance to the defendants that the class member does not wish to be bound by the settlement. . . . Class actions and class settlements would lose their effectiveness if internal struggles among different plaintiffs' lawyers and factions of plaintiffs were paired with an easy way to fragment the class. Requiring a personally signed, individual request for exclusion from class settlement heightens the likelihood that each class plaintiff will make an informed, individualized decision whether to opt out, and courts want to encourage this careful decision making process.

Hallie v. Wells Fargo, 2015 WL 1914864, at *4 (N.D. Ind. 2015); see also Moulton v. U.S. Steel Corp., 581 F.3d 344, 347-48 (6th Cir. 2009) (rejecting opt out requests signed only by an attorney, but allowing the client an opportunity to cure); In re Jevic Holding, 2010 WL 3431985, at *3 (Bankr. D. Del. 2010) (same); In re Host Am. Corp. Sec. Litig., 2008 WL 4425932, at *3 (D. Conn. 2008) (same).[2]

And the concern that the attorney is appropriately acting for the client is not merely an academic one. See, e.g., Moulton, 581 F.3d at 355 ("Given the real risk that the attorney-signed opt-out forms did not reflect the wishes of class members, the district court appropriately exercised its power by requiring individually signed opt-out forms (and rejecting the attorney-

---

[2] Despite Beck Redden's representation, it is not a "general rule" that attorneys may sign a request for exclusion on behalf of a client. See disc. supra at 4. As has been noted by multiple courts, nothing in In re Gen. Am. Life Ins. Co. Sales Practices Litig., 268 F.3d 627, 635 (8th Cir. 2001) requires a court to accept requests for exclusion that are signed by attorneys. See, e.g., Smith v. Seeco, Inc., 2017 U.S. Dist. LEXIS 217445, at *16 (E.D. Ark. 2017) ("It is true that the Eighth Circuit Court of Appeals has, in a case that was subsequently vacated on other grounds by the Supreme Court, recognized that a lawyer's signature could stand in the place of a class member's signature. . . . There is also clear authority reinforcing that district courts have discretion to evaluate the situation and proceed accordingly."); Moulton, 581 F.3d at 355 (holding that no authority that "requires" courts to accept out-outs signed by attorneys). Instead, courts retain broad discretion in addressing opt outs requests. See id.

signed forms).").  For example, Stericycle understands that Beck Redden has not been able to reach the forty (40) clients who have not submitted cures.  As such, Stericycle respectfully submits that there is reason to question whether those individuals and entities truly wish to pursue the requests for exclusion submitted by Beck Redden.  See id.

In addition, on at least three occasions, a request for exclusion was submitted by both Beck Redden and Meyers and Flowers for the very same entity, creating obvious concerns.  See Lally Decl., Ex. B, at ¶2.  While these requests for exclusion were properly signed by the entity seeking exclusion, the fact that there were requests for exclusion for the same entity filed by unrelated sets of attorneys underscores the need to have the client sign the request for exclusion to ensure that the client's wishes are being met.  See, e.g., Moulton, 581 F.3d at 355.  Similarly, on at least one occasion, a request for exclusion was submitted by Beck Redden on behalf of an entity that is named in one of the suits filed by Meyers and Flowers in Kane County.  See Lally Decl., Ex. B, at ¶3.  Again, the fact that the request for exclusion was submitted with an attorney signature that was different from the attorney that filed suit on behalf of the same entity that was purportedly opting out underscores the need for precision in ensuring that the requests for exclusion actually reflect the desire of the member of the class.

With respect to the "mass opt outs," those opt outs were expressly barred by the Settlement and by well-settled law.  See Joint Motion (Dkt. #369) at ¶¶ 5-10; see also Hanlon v. Chrysler, 150 F.3d 1011, 1024 (9th Cir. 1998) ("There is no class action rule, statute, or case that allows a putative class plaintiff or counsel to exercise class rights en masse, either by making a class-wide objection or by attempting to effect a group-wide exclusion from an existing class. Indeed, to do so would infringe on the due process rights of the individual class members, who have the right to intelligently and individually choose whether to continue in a suit as class

members."); <u>Sloan v. Winn Dixie Raleigh</u>, 25 Fed. App'x 197, 198 (4th Cir. 2002); <u>Johnson v. Hercules</u>, 1999 U.S. Dist. LEXIS 23974, at *10-13 (S.D. Ga. 1999).

In addition, "mass" opt-outs would place significant burdens on the Class Action Settlement Administrator, which would have to verify corporate parent/subsidiary relationships and determine whether those subsidiaries were separate corporate entities (and thus should have been signed separately). <u>See</u>, <u>e.g.</u>, <u>Joiner v. Ryder Sys.</u>, 966 F. Supp. 1478, 1483 (C.D. Ill. 1996) ("In the State of Illinois (as in every state), '[a] corporation is a legal entity separate and distinct from its shareholders, directors, and officers.' That same principle 'applies even where one corporation wholly owns another and the two have mutual dealings.'") (citation omitted); <u>see also</u> <u>Abbott Laboratories v. CVS</u>, 290 F.3d 854, 859 (7th Cir. 2002) (holding that where a subsidiary opted out of a settlement, but the parent company remained in the settlement and was bound by a release, the parent's participation did not bind the subsidiary because "[o]nly the subsidiary's board of directors or CEO can dismiss [the subsidiary's] suit against Abbott"). And that expense would, of course, be borne by the Class, since the costs of administration is paid by the Settlement Fund. <u>See</u> Settlement Agreement (Dkt. #306-1) at § III(A). Accordingly, Stericycle submits that such requests for exclusion should be barred to the extent that they were not properly cured. <u>See</u> disc. <u>supra</u> at 6-9.[3]

For the reasons stated herein, Stericycle respectfully requests that the Court deny the Emergency Motion to Reconsider (Dkt. #379) and enter an order that all entities and individuals who did not submit proper and timely cures be "bound by all proceedings, orders and judgments

---

[3] At this late date, Stericycle objects to allowing any late cure notices. Stericycle had offered to accept the late cure notices if Beck Redden agreed to withdraw its motion, but Beck Redden did not so agree. It appears that the majority of the late cures could have been mailed within the cure period or very shortly thereafter, but were not. As such, Stericycle does not believe that those individuals and entities have demonstrated excusable neglect.

in the Litigation" and they will otherwise be eligible to receive the benefits of the Settlement.

See March 14, 2018 Order (Dkt. #386); March 1, 2018 Order (Dkt. #372).

Dated:  May 1, 2018                                   Respectfully submitted,

                                                      /s/ *Kathleen P. Lally*
                                                      Kathleen P. Lally One of the attorneys for
                                                      Defendant Stericycle, Inc.

Mark S. Mester
    mark.mester@lw.com
Kathleen P. Lally
    kathleen.lally@lw.com
LATHAM & WATKINS LLP
330 North Wabash Avenue, Suite 2800
Chicago, Illinois  60611
Telephone:  (312) 876-7700
Facsimile:  (312) 993-9767

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

|  |  |  |
|---|---|---|
| | ) | **Case No. 1:13-cv-05795** |
| **IN RE: STERICYCLE, INC.,** | ) | **MDL No. 2455** |
| **STERI-SAFE CONTRACT LITIGATION** | ) | |
| | ) | **Judge Robert W. Gettleman** |
| | ) | |

<u>**EXHIBITS TO ADDITIONAL STATUS REPORT REGARDING OPT-OUT REQUESTS**</u>

| EXHIBIT | DESCRIPTION |
|---------|-------------|
| A | Declaration of Jennifer Price and Exhibits thereto |
| B | Declaration of Kathleen P. Lally and Exhibits thereto |

# EXHIBIT A

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

|                              |     |                              |
|------------------------------|-----|------------------------------|
|                              | )   | **Case No. 1:13-cv-05795**   |
| **IN RE: STERICYCLE, INC.,** | )   | **MDL No. 2455**             |
| **STERI-SAFE CONTRACT**      | )   |                              |
| **LITIGATION**               | )   | **Judge Robert W. Gettleman**|

### <u>AFFIDAVIT OF JENNIFER PRICE</u>

STATE OF TEXAS

COUNTY OF HARRIS

Before me, the undersigned authority, did personally appear Jennifer Price, who having been duly sworn, stated under oath:

1.   "My name is Jennifer Price. I am more than eighteen years of age. I am an attorney licensed to practice law in the State of Texas and am Of Counsel with the law firm of Beck Redden LLP, ("Beck Redden").  I am the lawyer with principal responsibility for communicating with clients who opted out of the Stericycle class settlement. I am of sound mind and competent to make this affidavit.

2.   On Monday, March 19, 2018, Beck Redden received, via email from GCG, a copy of over 600 individual deficiency letters purportedly mailed to Beck Redden clients that day.  The letters set out a response deadline of March 29, 2018.  Ex. A.

3.   On March 20, 2018, Beck Redden sent a form email to all clients alerting them that OCG had mailed one or more deficiency letters to them and advising them to look for a future email from Beck Redden attaching "cured" opt out notices which would need to be executed and returned to Beck Redden. Ex. B

1

4.    In the meantime, on March 20. 2018, I worked with Beck Redden staff to create an IT platform from which we could generate, send, and track customized letters to each client designed to cure the "deficiencies" identified in the deficiency letters. Beck Redden reviewed, categorized, and sorted more than 600 letters to account for each class member and each associated location or entity. Individual account numbers were manually populated in the revised opt-out letters to the extent that data was available in our files.

5.    Beginning March 21, 2018 and continuing through March 23, 2018, Beck Redden sent over 350 individualized emails to clients from my email address which included a form cover letter, instructions, and an attachment that contained the specifically populated revised opt-out letter (or letters) necessary to cure the alleged defects. Clients were instructed to include account numbers (if not already populated), execute, and return the letter to Beck Redden by email, dropbox, or fax. Ex. C.

6.    Beginning March 22, 2018 and continuing through March 29, 2018, I received and reviewed executed opt-out letters from clients. I followed up with clients on an individual basis if the revised executed opt-out notice lacked requested information. In many instances, clients did not have account information available to them on the short notice required by the March 29, 2018 deadline.

7.    Additionally, I contacted each client who received a "mass opt-out" deficiency letter to discuss the evidence of "proof of ownership" requested in the deficiency letter. To assist clients, I generated a "Declaration of Ownership" affidavit, customized it, and sent it to each affected client to execute in addition to the revised opt-out letter.

2

8.    Beginning March 26, 2018 and continuing through March 29,2018, I followed up with clients on an individual basis to urge them to execute the revised opt-out letter. Most clients responded to these requests, but a few clients never responded despite my repeated efforts.

9.    At the end of the day on March 29, 2018, Beck Redden forwarded "cure" notices on behalf of 316 clients (including SCI and other multiple entity/location clients). At that time, 33 clients had not responded.

10.    Since March 29, 2018, I have received 5 more revised opt-out notices ("late-cures") which I submitted to OCG on April 20, 2018. Based on email correspondence or telephone calls with counsel, I am aware that each of the clients who forwarded a late cure after March 29, 2018, either was unsuccessful in its attempt to forward the revised opt-out notice to Beck Redden or had just cause for their delay.

- Niki Cronk faxed her opt-out notice to a number she believed to be Beck Redden, but Beck Redden did not receive the notice timely. I contacted Dr. Cronk prior to March 29, 2018, but she was on vacation at a remote hotel and unable to resend the revised opt-out letter until she returned from vacation. Ex. D.

- Stanley Funeral Home also inadvertently faxed its revised opt-out letter to the wrong number and re-sent it later, after discovering the error. Ex. E.

- Affordable Burial, Omega Funeral and Cremation, and Cutbirth & Sanderson all attempted to email the revised notice to Beck Redden timely but later learned that Beck Redden did not receive the letter. Thereafter, the opt-out letters were successfully sent. Ex. F-H.

3

11.    I delayed forwarding the "late-cures" until April 20, 2018 for the following reasons. First, I was uncertain how many clients would submit letters after the deadline established by the court order, and I anticipated submitting all of the late-cure letters as a group for consideration at the time of the hearing on our clients' Emergency Motion to Reconsider Request for Exclusion and Joint Motion to Enforce (*see* Doc. No. 369 and Doc. No. 372) which was initially scheduled for April 10, 2018. Second, I did not know the Administrator would consider the late-cure letters until a meet-and-confer call on April 19, 2018 between Beck Redden and Stericycle counsel, during which representatives of Beck Redden asked whether late cures would be considered and Stericycle's counsel responded that it would be necessary to tender any proposed late cures to the Administrator for consideration.

12.    On April 20, 2018, I submitted to OCG the late cures received by clients to date. Beck Redden has not received any additional late cures, nor have we received any other instructions from the 28 clients who originally authorized opt-out notices but have not responded to requests for additional information.

FURTHER AFFIANT SAYETH NOT."

_____
Jennifer Price

SWORN TO AND SUBSCRIBED BEFORE ME, by _Jennifer Price_ on this 30th day of April, to certify which witness my hand and seal of office.

_____
Notary Public – State of Texas

```
ANNETTE R. COLLARD
Notary Public, State of Texas
Comm. Expires 04-02-2019
Notary ID 748039-9
```

My Commission Expires: 04-02-2019

Stericycle Class Action
c/o GCG
P.O. Box 10515
Dublin, OH 43017-1515

**FORWARDING SERVICE REQUESTED**

SYL0228893229



NICKI CRONK, DNP APRN, FNP-BC
YOUR FAMILY HEALTHCARE, LLC
14310 HIGHWAY 6
SANTA FE, TX 77517

## SYL

Class Member No.: 302
Control No.: 2743324699

Date: March 19, 2018
**Response Due Date: March 29, 2018**

Re:     *Stericycle, Steri-Safe Contract Litigation,* No. 13-cv-5795, MDL No. 2455

### NOTICE OF DEFICIENT REQUEST FOR EXCLUSION

Dear NICKI CRONK, DNP APRN, FNP-BC:

You are receiving this letter because you submitted a request for exclusion from the *In Re: Stericycle, Steri-Safe Contract Litigation.*

As noted in Paragraph 38 of the Preliminary Approval Order (the "Order"), Class Members who wished to exclude themselves from the Settlement were required to submit a written request for exclusion by mail, postmarked by January 22, 2018, to the Settlement Administrator. Per Section VI of the Settlement Agreement and the requirements set forth in the Long Form Notice approved by the Court, written requests for exclusion must include your name (or the name of your business that was a Stericycle customer), address, and your signature. Requests for exclusions not individually signed by the Class Member are not allowed. The request submitted on behalf of the above Class Member was not signed by the Class Member but was signed by counsel. The Court has determined that attorney-signed exclusions are invalid, but is providing an opportunity to cure the deficiency by providing a request for exclusion signed by the Class Member (or an authorized officer, director, manager, or employee of the Class Member) within the time allotted.

Please submit a signed and valid request for exclusion postmarked no later than March 29, 2018. Please reference the GCG Class Member number listed at the top of this letter in your request and return the updated request with a copy of this letter.

Please note that if you do not timely respond, your request will be deemed invalid and you will be bound by the terms of the Settlement.

If you have questions about the above, please contact the Settlement Administrator at questions@StericycleClassAction.com. You may also view the Order, Settlement Agreement, and Long Form Notice at www.StericycleClassAction.com.

Sincerely,
Settlement Administrator

cc: Attorney of Record for Class Member



EXHIBIT

A

**Jennifer Price**

| | |
|---|---|
| **From:** | Jennifer Price |
| **Sent:** | Tuesday, March 20, 2018 1:45 PM |
| **To:** | Undisclosed Recipient |
| **Cc:** | Joseph V. Gibson |
| **Subject:** | Stericycle:  Urgent Notice - Action Required – Deadline March 27, 2018 |

### Stericycle:  Urgent Notice

### *Action Required – Deadline <u>March 27, 2018</u>*

Beck Redden timely filed on your behalf a notice of intent to opt-out of the Class Action Settlement.

Class Counsel and the Defendants have obtained orders from the Court clarifying, or adding, to the opt-out requirements.  We do not agree with the new conditions; however, we believe the safest course is to comply to the extent it is possible to do so in the short time that has been provided.

**Beck Redden is preparing for your signature an amended request to opt-out, which you will receive from me via email from me by Friday of this week.**

**In order to protect your right to opt-out of the Class Action Settlement, you must have an authorized officer, director, manager or employee sign that letter and return it to me no later than Tuesday, March 27, 2018.**

You will likely receive by mail a letter from the Settlement Administrator describing the asserted deficiency(ies) in your prior opt-out.  That letter will show a deadline of *March 29, 2018*.  **<u>Please disregard that deadline</u>**<u>.  If you get your letter to me via email by</u> **<u>March 27, 2018</u>**<u>, we will ensure it gets timely mailed.</u>

**WHAT TO DO:**

1) Look for an email from me and an attached amended opt-out letter for your company or companies.

2) Upon receipt, execute each and every opt-out letter attached to the email and immediately return to me via email or fax.  The Court is requiring a separate letter be executed for each location.

3) In some instances, when Stericycle could not match your company to a Class Member record the deficiency letter requests that you provide your customer account number and/or any additional names or addresses for the requested exclusion.  Please provide that information with the signed opt-out letter.

***Time is of the essence.  I need the executed letters returned to me no later than March 27, 2018.***
Beck Redden will send the individually executed opt-out letters to the Claims Administrator.



Please contact me with any questions.

**JENNIFER PRICE**
*Of Counsel*

**Beck Redden LLP**
(713) 951-6298   phone
(713) 951-3720   fax

Beck | Redden LLP

1221 McKinney Street · Suite 4500 · Houston, Texas 77010-2010

**website | bio | linkedin | vCard | map | jprice@beckredden.com**

CONFIDENTIALITY NOTICE: Unless otherwise indicated or obvious from the nature of the transmittal, the information contained in this e-mail message is attorney privileged and confidential information intended for the use of the individual or entity named above. If the reader of this message is not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, do not read it. Please delete it from your system without copying it, and immediately notify the sender by reply email or by calling 713.951.3700, so that our address record can be corrected. Thank you.

## Jennifer Price

| | |
|---|---|
| **From:** | Jennifer Price |
| **Sent:** | Wednesday, March 21, 2018 10:45 PM |
| **To:** | 'jessica.rodriguez@foundationpartners.com' |
| **Cc:** | Stericycle Litigation |
| **Subject:** | Urgent Request - Stericycle Litigation CM No 219 |
| **Attachments:** | 219_Cremation Society Of Mn - Brooklyn Park_Revised Opt Out Letter.pdf |

***Note: This matter is Court-ordered and time sensitive – executed letters must be returned to Beck Redden by March 27, 2018.***

I am attaching one or more letters that must be signed by a person authorized to sign on behalf of the company referenced in the letter.

As indicated by the signature line on the attached letter(s), please also write in the title of the person signing the letter. It is fine for you to edit and initial the letters to provide for the signature of an alternative authorized person (along with the person's title).

Pursuant to the Court's order, if more than one letter is attached, an authorized person must sign each of the letters, even though it might seem redundant.

**Please make an effort to locate your Stericycle account number that will appear on a recent invoice and fill in the space in the attached letter. If you cannot locate that number, please return the signed letter to us and then update us with that information once you have obtained it.**

Please execute and return attached opt-out notice(s) ASAP and no later than March 27, 2018. Please return to us by email at Stericyclelitigation@beckredden.com. You may also return the executed opt-out agreements directly to me or return them by fax at (713) 951-3720. For your convenience, you may also upload the executed opt-out notices to our secure FTP site at the following link: https://files.beckredden.com/ul/PJz6dCtNjG.

Again, this is Court-ordered and extremely time-sensitive. If you have any questions, please email me directly or reach me by telephone.

Very truly yours,

**JENNIFER PRICE**
*Of Counsel*

**Beck Redden LLP**
(713) 951-6298 | phone
(713) 951-3720 | fax

**Beck | Redden**

1221 McKinney Street | Suite 4500 | Houston, Texas 77010-2010
**website | bio | linkedin | vCard | map** | jprice@beckredden.com

CONFIDENTIALITY NOTICE: Unless otherwise indicated or obvious from the nature of the transmittal, the information contained in this e-mail message is attorney privileged and confidential information intended for the use of the individual or entity named above. If the reader o̶f̶ recipient, or the employee or agent responsible to deliver it to the notified that any dissemination, distribution or copying of this commu

**EXHIBIT**

*C*

tabbies

**Case No. 13-CV-5795, MDL No. 2455**
*In re: Stericycle, Inc. Steri-Safe Contract Litigation*
**United States District Court for the Northern District of Illinois**

## REQUEST FOR EXCLUSION FROM CLASS ACTION SETTLEMENT

Stericycle Class Action
c/o GCG
PO Box 10515
Dublin, OH 43017-1515

Dear Sir or Madam:

By completing, signing, and returning this form, I confirm that:

Your Family Healthcare, LLC
Santa Fe, TX 77517
**Class Member No. - 302**
**Class Member Name - Nicki Cronk, Dnp Aprn, Fnp-Bc**

requests to be **excluded** from the Class Action Settlement in the above-referenced litigation.

I have reviewed and understand the rights and terms described in the Class Notice. I understand that with this exclusion Your Family Healthcare, LLC will not share in any recovery obtained by settlement and final judgment on behalf of the Class in the above-referenced litigation.

My contact information is:

*Niki Cronk*
(Printed Name)
Your Family Healthcare, LLC
14310 Highway 6
Santa Fe, TX 77517
(832)704-1622

Account No./Customer No. (if known): _____

I affirm that I have authority, and am authorized, to sign on behalf of Your Family Healthcare, LLC.

Signature: _____
Printed Name: *Niki Cronk*
Title: *Owner*

Your Family Healthcare, LLC
Date: 3/31/2018



**EXHIBIT**
D

**Jennifer Price**

| | |
|---|---|
| **From:** | Niki Cronk <nikicronk@gmail.com> |
| **Sent:** | Thursday, March 29, 2018 12:17 PM |
| **To:** | Jennifer Price |
| **Subject:** | Re: URGENT NOTICE - Niki Cronk |

I don't know. I'm not at the office to look

On Thu, Mar 29, 2018, 12:14 PM Jennifer Price <jprice@beckredden.com> wrote:

What time did it say it went through?

**JENNIFER PRICE**
*Of Counsel*

**Beck Redden LLP**
(713) 951-6298 | phone
(713) 951-3720 | fax



1221 McKinney Street | Suite 4500 | Houston, Texas 77010-2010
website | bio | linkedin | vCard | map | jprice@beckredden.com

CONFIDENTIALITY NOTICE: Unless otherwise indicated or obvious from the nature of the transmittal, the information contained in this e-mail message is attorney privileged and confidential information intended for the use of the individual or entity named above. If the reader of this message is not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, do not read it. Please delete it from your system without copying it, and immediately notify the sender by reply email or by calling 713.951.3700, so that our address record can be corrected. Thank you.

**From:** Niki Cronk <nikicronk@gmail.com>
**Sent:** Thursday, March 29, 2018 12:13 PM
**To:** Jennifer Price <jprice@beckredden.com>
**Subject:** Re: URGENT NOTICE - Niki Cronk

The fax didn't go through? It shows it did on my side. I can see if my hotel has a printer and fax machine or a way to mail it

On Thu, Mar 29, 2018, 12:10 PM Jennifer Price <jprice@beckredden.com> wrote:

Can you sign it and get it in the mail yourself?

1

**JENNIFER PRICE**
*Of Counsel*

**Beck Redden LLP**
(713) 951-6298 | phone
(713) 951-3720 | fax

| ☒ |
|---|

1221 McKinney Street | Suite 4500 | Houston, Texas 77010-2010
website | bio | linkedin | vCard | map | jprice@beckredden.com

**CONFIDENTIALITY NOTICE:** Unless otherwise indicated or obvious from the nature of the transmittal, the information contained in this e-mail message is attorney privileged and confidential information intended for the use of the individual or entity named above. If the reader of this message is not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, do not read it. Please delete it from your system without copying it, and immediately notify the sender by reply email or by calling 713.951.3700, so that our address record can be corrected. Thank you.

**From:** Niki Cronk <nikicronk@gmail.com>
**Sent:** Thursday, March 29, 2018 11:56 AM
**To:** Jennifer Price <jprice@beckredden.com>
**Subject:** Re: URGENT NOTICE - Niki Cronk

I'm actually out of town....

On Wed, Mar 28, 2018, 5:31 PM Jennifer Price <jprice@beckredden.com> wrote:

Niki,

I checked with the copy center, and they do not have a record of receiving it.  Sorry for the bother, but can you send it again?

Thanks,

**JENNIFER PRICE**
*Of Counsel*

Beck Redden LLP
(713) 951-6298 | phone
(713) 951-3720 | fax



1221 McKinney Street | Suite 4500 | Houston, Texas 77010-2010
website | bio | linkedin | vCard | map | jprice@beckredden.com

CONFIDENTIALITY NOTICE: Unless otherwise indicated or obvious from the nature of the transmittal, the information contained in this e-mail message is attorney privileged and confidential information intended for the use of the individual or entity named above. If the reader of this message is not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, do not read it. Please delete it from your system without copying it, and immediately notify the sender by reply email or by calling 713.951.3700, so that our address record can be corrected. Thank you.

**From:** Jennifer Price
**Sent:** Wednesday, March 28, 2018 5:03 PM
**To:** Niki Cronk <nikicronk@gmail.com>
**Cc:** Jennifer Price <jprice@beckredden.com>; Cyndi Obuz <cobuz@beckredden.com>
**Subject:** RE: URGENT NOTICE - DEADLINE TO RETURN OPT OUT FORMS IS TOMORROW MARCH 29

Niki,

Thanks for responding. I will follow up with copy center. It is also possible that you have more than one account, and we only received one signed form.

**JENNIFER PRICE**
*Of Counsel*
**Beck Redden LLP**
(713) 951-6298 | phone
(713) 951-3720 | fax

[x]

1221 McKinney Street | Suite 4500 | Houston, Texas 77010-2010
website | bio | linkedin | vCard | map | jprice@beckredden.com

3

**CONFIDENTIALITY NOTICE**: Unless otherwise indicated or obvious from the nature of the transmittal, the information contained in this e-mail message is attorney privileged and confidential information intended for the use of the individual or entity named above. If the reader of this message is not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, do not read it. Please delete it from your system without copying it, and immediately notify the sender by reply email or by calling 713.951.3700, so that our address record can be corrected. Thank you.

**From:** Niki Cronk <nikicronk@gmail.com>
**Sent:** Wednesday, March 28, 2018 4:59 PM
**To:** Jennifer Price <jprice@beckredden.com>
**Subject:** Re: URGENT NOTICE - DEADLINE TO RETURN OPT OUT FORMS IS TOMORROW MARCH 29

I faxed this yesterday. Did you receive it?

On Wed, Mar 28, 2018, 4:54 PM Jennifer Price <jprice@beckredden.com> wrote:

Last week – sometime between March 21 and March 23 - you received via email from me forms that are required for you to sign and return to my office. **The deadline to return the forms is tomorrow March 29, 2018 at noon.**

We need to process the forms internally and prepare them for mailing to be post-marked by the end of the day tomorrow.

**If you do not return signed opt-out forms by noon March 29, 2018, you may be bound to the class action settlement, and your rights to pursue claims against Stericycle outside of the class may be extinguished.**

If you have any questions or need me to resend the necessary opt-out forms, please contact me immediately.

Very truly yours,

**JENNIFER PRICE**
*Of Counsel*

**Beck Redden LLP**
(713) 951-6298 | phone
(713) 951-3720 | fax

4

1221 McKinney Street | Suite 4500 | Houston, Texas 77010-2010

**website | bio | linkedin | vCard | map | jprice@beckredden.com**

**CONFIDENTIALITY NOTICE:** Unless otherwise indicated or obvious from the nature of the transmittal, the information contained in this e-mail message is attorney privileged and confidential information intended for the use of the individual or entity named above. If the reader of this message is not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, do not read it. Please delete it from your system without copying it, and immediately notify the sender by reply email or by calling 713.951.3700, so that our address record can be corrected. Thank you.

04/13/2018  15:47  7049826789          STANLY FUNERAL HOME            PAGE 02/02

**Case No. 13-CV-5795, MDL No. 2455**
*In re: Stericycle, Inc. Steri-Safe Contract Litigation*
**United States District Court for the Northern District of Illinois**

## REQUEST FOR EXCLUSION FROM CLASS ACTION SETTLEMENT

Stericycle Class Action
c/o GCG
PO Box 10515
Dublin, OH 43017-1515

Dear Sir or Madam:

By completing, signing, and returning this form, I confirm that:

Stanly Funeral Home, Inc.
Albemarle, NC 28001
**Class Member No. - 1123645**
**Class Member Name - Stanly Funeral Home**

requests to be **excluded** from the Class Action Settlement in the above-referenced litigation.

I have reviewed and understand the rights and terms described in the Class Notice. I understand that with this exclusion Stanly Funeral Home, Inc. will not share in any recovery obtained by settlement and final judgment on behalf of the Class in the above-referenced litigation.

My contact information is:

William S. Aldridge, III
(Printed Name)
Stanly Funeral Home, Inc.
PO Box 207, 1835 Badin Road
Albemarle, NC 28001
(704) 982-8134

Account No./Customer No. (if known): 8206801

I affirm that I have authority, and am authorized, to sign on behalf of Stanly Funeral Home, Inc..

Signature: *William S Aldridge III*
Printed Name: William S. Aldridge, III
Title: President

Stanly Funeral Home, Inc.
Date: 3/28/2018



EXHIBIT
E

Case No. 13-CV-5795, MDL No. 2455
*In re: Stericycle, Inc. Steri-Safe Contract Litigation*
United States District Court for the Northern District of Illinois

REQUEST FOR EXCLUSION FROM CLASS ACTION SETTLEMENT

Stericycle Class Action
c/o GCG
PO Box 10515
Dublin, OH 43017-1515

Dear Sir or Madam:

By completing, signing, and returning this form, I confirm that:

Affordable Burial & Cremation Service
Austin, TX  78754
**Class Member No. - 1064197**
**Class Member Name - Affordable Burial & Cremation**

requests to be **excluded** from the Class Action Settlement in the above-referenced litigation.

I have reviewed and understand the rights and terms described in the Class Notice. I understand that with this exclusion Affordable Burial & Cremation Service will not share in any recovery obtained by settlement and final judgment on behalf of the Class in the above-referenced litigation.

My contact information is:

*Robert J. Finlw*
(Printed Name)
Affordable Burial & Cremation Service
13009 Dessau Road, Suite M
Austin, TX  78754
(512) 354-25009

Account No./Customer No. (if known): _____

I affirm that I have authority, and am authorized, to sign on behalf of Affordable Burial & Cremation Service.

Signature: _____
Printed Name: *Robert J. Finlw*
Title: *Owner*

Affordable Burial & Cremation Service
Date: 3/29/2018

**EXHIBIT**
**F**

Case No. 13-CV-5795, MDL No. 2455
*In re: Stericycle, Inc. Steri-Safe Contract Litigation*
United States District Court for the Northern District of Illinois

## REQUEST FOR EXCLUSION FROM CLASS ACTION SETTLEMENT

Stericycle Class Action
c/o GCG
PO Box 10515
Dublin, OH 43017-1515

Dear Sir or Madam:

By completing, signing, and returning this form, I confirm that:

Omega Funeral & Cremation Service
Portland, OR 97233
**Class Member No. - 1152191**
**Class Member Name - Omega Funeral & Cremation Svcs**

requests to be **excluded** from the Class Action Settlement in the above-referenced litigation.

I have reviewed and understand the rights and terms described in the Class Notice. I understand that with this exclusion Omega Funeral & Cremation Service will not share in any recovery obtained by settlement and final judgment on behalf of the Class in the above-referenced litigation.

My contact information is:

Erin Phelps
(Printed Name)
Omega Funeral & Cremation Service
223 SE 22nd Avenue
Portland, OR 97233
(503) 231-6030

Account No./Customer No. (if known): _____

I affirm that I have authority, and am authorized, to sign on behalf of Omega Funeral & Cremation Service.

Signature: _____
Printed Name: Erin Phelps
Title: Owner

Omega Funeral & Cremation Service
Date: 3/ 27 /2018


EXHIBIT
G

**Case No. 13-CV-5795, MDL No. 2455**
*In re: Stericycle, Inc. Steri-Safe Contract Litigation*
**United States District Court for the Northern District of Illinois**

### REQUEST FOR EXCLUSION FROM CLASS ACTION SETTLEMENT

Stericycle Class Action
c/o GCG
PO Box 10515
Dublin, OH 43017-1515

Dear Sir or Madam:

By completing, signing, and returning this form, I confirm that:

Cutbirth & Sanderson
Magnolia, TX 77355
**Class Member No. - 1162843**
**Class Member Name - Cutbirth & Sanderson**

requests to be **excluded** from the Class Action Settlement in the above-referenced litigation.

I have reviewed and understand the rights and terms described in the Class Notice. I understand that with this exclusion Cutbirth & Sanderson will not share in any recovery obtained by settlement and final judgment on behalf of the Class in the above-referenced litigation.

My contact information is:

*Preston Cutbirth*
(Printed Name)
Cutbirth & Sanderson
827 Magnolia Blvd. No. 1
Magnolia, TX 77355
(281) 356-3721

Account No./Customer No. (if known): *5008720*

I affirm that I have authority, and am authorized, to sign on behalf of Cutbirth & Sanderson.

Signature: *Preston Cutbirth*
Printed Name: *Preston Cutbirth*
Title: *Owner / Partner*

Cutbirth & Sanderson
Date: 3/29/2018



**EXHIBIT**

**H**

# EXHIBIT B

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| | ) | **Case No. 1:13-cv-05795** |
| **IN RE: STERICYCLE, INC.,** | ) | **MDL No. 2455** |
| **STERI-SAFE CONTRACT LITIGATION** | ) | |
| | ) | **Judge Robert W. Gettleman** |
| | ) | |

**DECLARATION OF KATHLEEN P. LALLY**

I, Kathleen P. Lally, declare and state as follows:

1.      I am an attorney admitted to practice law in the State of Illinois.  I am Counsel

with the law firm of Latham & Watkins LLP and counsel for Defendant Stericycle, Inc.

("Stericycle") in the above-captioned multidistrict litigation (the "MDL").  This declaration is

based upon my first-hand knowledge, review of relevant documents and information provided by

the Class Action Settlement Administrator.  If called upon to do so, I could and would testify

competently thereto.[1]

2.      On at least three occasions, a request for exclusion was submitted by both Beck

Redden _and_ Meyers and Flowers for the same entity.  For example, requests for exclusions were

submitted for Thomae-Garza Funeral Directors, Garza Memorial Funeral Home and Bullock

Funeral Home by both Beck Redden and Meyers and Flowers.

3.      In addition, a request for exclusion was submitted by Beck Redden on behalf of

Albuquerque Central Care Center, which is named in one of the suits filed by Meyers and

Flowers in Kane County.  See Carriage Services, et al. v. Stericycle, Case No. 18-L-108 (Circuit

---

[1]  Unless stated otherwise, all capitalized terms have the same meaning ascribed to them in the
Settlement Agreement, which was attached to the Declaration of Steve W. Berman in support of
Plaintiffs' motion for preliminary approval.  See Settlement Agreement (Dkt. #306-1).

1

Court For The Sixteenth Judicial Circuit, Kane County, Illinois). This request for exclusion was deemed deficient in that it was signed by an attorney and it was part of a "mass" opt out.

4.      True and correct copies of the requests for exclusions submitted by Thomae-Garza Funeral Directors, Garza Memorial Funeral Home, Bullock Funeral Home and Albuquerque Central Care Center are attached hereto as Exhibit 1.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on May 1, 2018 in Chicago, Illinois.

Respectfully submitted,

*/s/ Kathleen P. Lally*
Kathleen P. Lally

# EXHIBIT 1

# MEYERS & FLOWERS LLC

**PRINCIPALS**
TED A. MEYERS
PETER J. FLOWERS
CRAIG D. BROWN
RYAN P. THERIAULT

3 NORTH SECOND STREET, SUITE 300
ST. CHARLES, ILLINOIS 60174
PHONE (630) 232-6333
FACSIMILE (630) 845-8982
www.meyers-flowers.com

CHICAGO OFFICE
225 W. WACKER DRIVE
SUITE 1515
CHICAGO, ILLINOIS 60606
(312) 214-1017

January 22, 2018

*Garden City Group, LLC*
*JAN 2 3 2018*

Stericycle Class Action
c/o GCG
PO Box 10515
Dublin, OH 43017-1515

Re:    *In re: Stericycle, Inc. Steri-Safe Contract Litigation*

Dear Jacqueline Brasefield, Jennifer Slemp, and Brian Pinkerton:

Thank you for your confirmation email regarding the Opt-Out forms mailed on January 19, 2018. Enclosed pleased find the seventh batch of individually executed Opt-Out forms for each of the individuals and business entities listed in this letter. Per your instruction, we will send an email to all of you with a PDF of the executed Opt-Out forms, a copy of this letter, and an Excel file with a list of each client. Thank you in advance for confirming that the Opt-Out forms were received and accepted.

Very Truly Yours,

Peter J. Flowers, Esq.
MEYERS & FLOWERS, LLC

| Stericycle Client |
|---|
| Albuquerque Center for Plastic Surgery, PC |
| All Creatures Animal Hospital |
| Amigone Funeral Home, Inc. |
| Animal Emergency Center of the Quad Cities, LTD |
| Asthma & Allergy Center Ltd. |
| Bayview Dental, Inc. |
| Billingsley Funeral Homes, Inc. |
| BMK Veterinary Associates PC |
| Bullock Funeral Home Inc. |
| Center of Endodontics |
| Dental Studio of Carrollton |
| Derinda Bland/ Felix Cauthen Funeral Home |
| Donald Martens & Sons Ambulance Service, Inc. |
| Dr. Ray C. McMillon; Family & Cosmetic Dentistry |

| |
|---|
| Dr. Todd D. Manolis D.D.S. |
| Enea Funeral Homes, Inc. |
| Fillipini DDS PC |
| Gary B. Schultz, DMD, PC |
| Healthy Smiles |
| Hodges Foot and Anke Dr. Jason Manuel DPM PA |
| Jerome J Gardner DDS PC |
| JJ Dental |
| Kennebec Valley Family Dentistry |
| Kenneth Griffin/Clark-Griffin Funeral Co, Pigs Flying LLC, Griffin Funeral Home (2) |
| Kids Healthy Teeth |
| Lake City Family Dentistry |
| Lawrence P. Schmakel DDS Inc. |
| Maria Faklaris, D.D.S. |
| Mesa Family Practice |
| Michael Spataro D.M.D. |
| Morton's Mortuary, Inc. |
| Mullins Memorial Funeral Home & Cremation Service |
| Nautilus Society |
| Neptune Society of Central California |
| Nicholson Funeral Home |
| Occupational Medicine |
| Occupational Medicine of South Louisiana |
| Orthopaedic Surgical Associates |
| Paris Henry County Clinic, S.C.; Terry O. Harrison, M.D. |
| Passport Health of Tampa Bay |
| Plastic Surgery Institute/ Steven M Morris MD |
| Premier Orthopedics, PA aka Maryland Orthopedics, P.A. |
| Primary Care Physicians of Hollywood |
| Robert R. Thousand III DDS/ Dr. Robert R. Thousand III, P.A. |
| SDM Medical, Inc. |
| South Brevard Funeral Home |
| St. Peters Bone & Joint Surgery, Inc., DBA Advanced Bone & Joint |
| Tien Q. Nguyen, MD INC |
| Washington Professional Center |
| Wound Care Management Specialists |
| WW Jackson Funeral Home |

# STERICYCLE CLASS ACTION "OPT OUT" FORM

*In re: Stericycle, Inc., Steri-Safe Contract Litigation*
UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
Case No. 13-C-5795, MDL No. 2455

By completing, signing, and returning this form I confirm that I request to be **excluded** from the Settlement in *In re: Stericycle, Inc., Steri-Safe Contract Litigation*, *Case No. 13-C-5795, MDL No. 2455*. I have reviewed and understand the Notice of Proposed Settlement of Class Action Involving Stericycle, Inc. ("Class Notice"). I understand that with this exclusion instruction ("Opt Out") that I shall not share in any recovery obtained by judgment on behalf of the Stericycle Federal Class Action.

_____
Name of Individual and/or Business that was a Stericycle customer

_____
Signature

_____
Printed Name

_____
Address

_____
Date

 

U.S. POSTAGE
PAID
SAINT CHARLES, IL
60175
JAN 22, 18
AMOUNT
**$0.95**
R2303S101167-30

1007      43017

 

UNITED STATES POSTAGE
PITNEY BOWES
**$ 023.75⁰**
02 1P
0001823196   JAN 22 2018
MAILED FROM ZIP CODE 60174



E G 7 4 6 2 2 2 7 5 9 U S

**EXPRESS MAIL**
UNITED STATES POSTAL SERVICE®

**Addressee Copy**
Label 11-B, March 2004

**Post Office To Addressee**



| ORIGIN (POSTAL SERVICE USE ONLY) | | |
|---|---|---|
| PO ZIP Code | Day of Delivery | Postage |
| | ☐Next ☐ 2nd ☐ 2nd Del Day | $ |
| Date Accepted | Scheduled Date of Delivery | Return Receipt Fee |
| Mo  Day  Year | Month  Day | $ |
| Time Accepted | Scheduled Time of Delivery | COD Fee  Insurance Fee |
| ☐ AM ☐ PM | ☐Noon ☐ 3 PM | $        $ |
| | Military | Total Postage & Fees |
| Flat Rate  or Weight | ☐2nd Day ☐3rd Day | $ |
| lbs.    ozs. | Int'l Alpha Country Code | Acceptance Emp. Initials |

**DELIVERY (POSTAL USE ONLY)**

| Delivery Attempt | Time | ☐AM ☐PM | Employee Signature |
|---|---|---|---|
| Mo.  Day | | | |
| Delivery Attempt | Time | ☐AM ☐PM | Employee Signature |
| Mo  Day | | | |
| Delivery Date | Time | ☐AM ☐PM | Employee Signature |
| Mo  Day | | | |

**CUSTOMER USE ONLY**
☐ WAIVER OF SIGNATURE (Domestic Mail Only)...

**NO DELIVERY** ☐Weekend ☐Holiday  ☐Mailer Signature

FROM: (PLEASE PRINT)   PHONE (

TO: (PLEASE PRINT)   PHONE (

ZIP + 4 (U.S. ADDRESSES ONLY. DO NOT USE FOR FOREIGN POSTAL CODES.)

FOR INTERNATIONAL DESTINATIONS, WRITE COUNTRY NAME BELOW.

**FOR PICKUP OR TRACKING**
Visit **www.usps.com**
Call 1-800-222-1811   *EMS*

+ Money Back Guarantee for U.S. destinations only.

VISIT US AT USPS.COM®
ORDER FREE SUPPLIES ONLINE

  

UNITED STATES POSTAL SERVICE

PRESS HARD. YOU ARE MAKING 3 COPIES.



# Beck|Redden LLP

1221 McKinney Street, Suite 4500 I Houston, Texas 77010
Phone 713.951.3700 I Fax 713.951.3720
www.beckredden.com



Curt Webb
cwebb@beckredden.com

Direct Dial: 713.951.6206

January 19, 2018

Stericycle Class Action
c/o GCG
P.O. Box 10515
Dublin, OH 43017-1515

Re:  Request to opt out of the Class Action Settlement for In re: Stericycle Inc., Steri-
Safe Contract Litigation (Case No. 13-C-5795, MDL No. 2455)

On Behalf of:  **Bullock Funeral Home (SC)**

Dear Sir or Madam:

I want to exclude **Bullock Funeral Home (SC)** and all of its affiliates and
subsidiaries from the Class Action Settlement for In re: Stericycle Inc., Steri-Safe Contract
Litigation (Case No. 13-C-5795, MDL No. 2455), hereinafter referred to as "Stericycle
Class Action Settlement." I have been retained as outside counsel (attorney-in-fact) to
represent **Bullock Funeral Home's (SC)** interests in the above matter, which gives me
authority to exclude **Bullock Funeral Home (SC)** from the Stericycle Class Action
Settlement.

My contact information is:

**W. CURT WEBB**
Position:        Outside Counsel
Firm Name:       BECK, REDDEN LLP
Address:         1221 McKinney Street, Suite 4500
                 Houston, TX 77010
Phone No.:       (713) 951-6206

Entity seeking exclusion from the Stericycle Class Action Settlement:

Stericycle Class Action
January 19, 2018
Page 2


Name of Customer: **Bullock Funeral Home (SC)**
Address:                1190 Wilson Hall Rd., Sumter, SC 29150
Phone No.:              (803) 469-3400


      On behalf of **Bullock Funeral Home (SC)**, I am submitting this letter to exclude **Bullock Funeral Home's (SC)** business and all locations from the Stericycle Class Action Settlement. This letter is intended to be read as broadly as possible and to exclude **Bullock Funeral Home (SC)** from the Stericycle Class Action Settlement.


                    Very truly yours,

                    W. Curt Webb
                    W. Curt Webb


cc:    Harvin Bullock
       Bullock Funeral Home (SC)
       1190 Wilson Hall Rd.
       Sumter, SC 29150

2/26/2001
wew

# Beck|Redden LLP Trial and Appellate Attorneys

1221 McKinney Street, Suite 4500 | Houston, Texas 77010 | www.beckredden.com

Stericycle Class Action
c/o GCG
P.O. Box 10515
Dublin, OH 43017-1515



CERTIFIED MAIL™

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT
OF THE RETURN ADDRESS, FOLD AT DOTTED LINE

7002 2030 0005 7009 4319

NEOPOST
01/22/2018
US POSTAGE $016.05⁰

ZIP 77010
041M10270567

PRIORITY MAIL

Case No. 13-CV-5795, MDL No. 2455
*In re: Stericycle, Inc. Steri-Safe Contract Litigation*
United States District Court for the Northern District of Illinois

### REQUEST FOR EXCLUSION FROM CLASS ACTION SETTLEMENT

Stericycle Class Action
c/o GCG
PO Box 10515
Dublin, OH 43017-1515

Dear Sir or Madam:

By completing, signing, and returning this form, I confirm that:

Bullock Funeral Home
Sumter, SC 29150
Class Member No. - Unknown
Class Member Name - Unknown

requests to be **excluded** from the Class Action Settlement in the above-referenced litigation.

I have reviewed and understand the rights and terms described in the Class Notice. I understand that with this exclusion Bullock Funeral Home will not share in any recovery obtained by settlement and final judgment on behalf of the Class in the above-referenced litigation.

My contact information is:

*Harvin Bullock*
(Printed Name)
Bullock Funeral Home
1190 Wilson Hall Rd
Sumter, SC 29150
(803) 469-3400

Account No./Customer No. (if known): 8205809

I affirm that I have authority, and am authorized, to sign on behalf Bullock Funeral Home.

Signature: _____
Printed Name: Harvin Bullock
Title: Owner/president

Bullock Funeral Home

Date: 3/28/2018

# Beck|Redden ᴸᴸᴾ

1221 McKinney Street, Suite 4500 | Houston, Texas 77010
Phone 713.951.3700 | Fax 713.951.3720
www.beckredden.com

Curt Webb
cwebb@beckredden.com

Direct Dial: 713.951.6206

March 29, 2018

Stericycle Class Action                    ***Via CM/RRR P 7002 2030 0005 7009 4647***
c/o GCG
P.O. Box 10515
Dublin, OH 43017-1515

Re:    Request to opt out of the Class Action Settlement for In re: Stericycle Inc., Steri-Safe Contract
       Litigation (Case No. 13-C-5795, MDL No. 2455)

Dear Sir or Madam:

       Enclosed please find the opt-out letter for clients referenced in the attached list.

                              Very truly yours,

                              W. Curt Webb

                              W. Curt Webb

WCW/ae
Enclosure

| CLASS MEMBER | NAME OF ENTITY | DBA OF LOCATION |
|---|---|---|
| 265 | Garner, Lake, Dr. | Garner, Lake, Dr. |
| 276 | C&S Dental | C&S Dental |
| 279 | Brazos Medical Associates | Brazos Medical Associates |
| 290 | Advanced Orthopaedics & Sports Medicine | |
| 1024928 | Divine Children's Clinic | Divine Children's Clinic |
| 1030128 | Porter Funeral Homes | Porter Funeral Homes and Crematory |
| 1097338 | Bekavac Funeral Home aka A.J. Bekavac Funeral Home | Bekavac Funeral Home aka A.J. Bekavac Funeral Home |
| 1142952 | Morris-Baker Funeral Home and Cremation Services | Morris-Baker Funeral Home and Cremation Services |
| 1192824 | Kip Saunders, M.D. | Kip Saunders, M.D. |
| 1195132 | Winters Funeral Home | Winters Funeral Home |
| 1196665 | Southeast Texas ENT | Southeast Texas ENT |
| 1203296 | Victoria Mortuary & Cremation Services, Inc. | Victoria Mortuary & Cremation Services, Inc. |
| Unknown | Bullock Funeral Home | Bullock Funeral Home |



Beck|Redden LLP — Trial and Appellate Attorneys

1221 McKinney Street, Suite 4500 | Houston, TX 77010 | www.beckredden.com

2126.001

Stericycle Class Action
c/o GCG
P.O. Box 10515
Dublin, OH 43017-1515

7002 2030 0005 7009 4647

CERTIFIED MAIL

NEOPOST
03/29/2018
US POSTAGE $008.25°
FIRST-CLASS MAIL

ZIP 77010
041M10270567



MEYERS & FLOWERS LLC
TRIAL ATTORNEYS

**PRINCIPALS**
TED A. MEYERS
PETER J. FLOWERS
CRAIG D. BROWN
RYAN P. THERIAULT

3 NORTH SECOND STREET, SUITE 300
ST. CHARLES, ILLINOIS 60174
PHONE (630) 232-6333
FACSIMILE (630) 845-8982
www.meyers-flowers.com

**CHICAGO OFFICE**
225 W. WACKER DRIVE
SUITE 1515
CHICAGO, ILLINOIS 60606
(312) 214-1017

January 16, 2018

Stericycle Class Action
c/o GCG
PO Box 10515
Dublin, OH 43017-1515

Re:     *In re: Stericycle, Inc. Steri-Safe Contract Litigation*

Dear Jacqueline Brasefield, Jennifer Slemp, and Brian Pinkerton:

Thank you for your confirmation email regarding the Opt-Out forms mailed on January 12, 2018. Enclosed pleased find the third batch of individually executed Opt-Out forms for each of the individuals and business entities listed in this letter. Per your instruction, we will send an email to all of you with a PDF of the executed Opt-Out forms, a copy of this letter, and an Excel file with a list of each client. Thank you in advance for confirming that the Opt-Out forms were received and accepted.

Very Truly Yours,

Peter J. Flowers, Esq.
MEYERS & FLOWERS, LLC

| Stericycle Client |
| --- |
| Addy-Fishman dba Garza Memorial Funeral Home |
| Aesthetic Plastic Surgery Center of Little Rock, LLC |
| Airline Animal Health & Surgery Center, LLC |
| AmeriCare Ambulance Inc. |
| Arthur D'Souza WMA PC |
| Barry F. Bartusiak, DMD |
| Brea Dental Group |
| Brookhaven Animal Hospital; Previous Name Lenox Animal Hospital |
| Carter County Emergency & Rescue Squad Inc. |
| Chapel of the Light |
| Chenal Family Practice |
| Clinical Research of Hollywood |
| Columbus Dental Care |
| Conway Oral Healthcare - Eric Hirschfeld, D.D.S. |

| |
|---|
| Craig E. Riley D.P.M./Columbus Foot Clinic |
| Dalla Valle Funeral Service, Inc. |
| Daniel Shomer DMD |
| David B. Schwartz, DDS, LTD |
| David W. Smith, DDS |
| Dennis J. Dwyer DDS, P.C. |
| Don W. Hedges dba N.W. Medical Center |
| Donald G. Flynn, DDS/ Innovative Periodontics & Implants |
| Dr. Richard L. Fox D.O. |
| Dr. Todd W. Reeves D.M.D. |
| Dylan Corp. dba Thomae-Garza Funeral Home |
| Edward P. Rentschler DDS, PC D/B/A Rockford OMS |
| Emerald Coast Smiles by Design |
| Fadi R. Metri, DMD |
| Fairfield Funeral Home |
| Frye Funeral Home Inc. |
| Gentle Family Dentistry LLC/ Phil Herlihey DDS |
| Gilbert G. Stein DDS, PC |
| Greencastle Dental |
| Harrigan Parkside Funeral Home |
| Heal Corporation dba West Louisiana Dental Center |
| Hill & Kunselman Funeral Home, Inc. |
| Irving Orthopedics & Sports Medicine |
| James W. Moodt, DMD, Inc. |
| John Russo ; Russo Dental Care ; a dental corp. |
| John S. Madaras DDS |
| Lakewalk Surgery Center |
| Lawrence H. Zager DDS P.C. |
| McHenry Dental Specialists |
| Michele Horton, DDS |
| Morrison Funeral Chapel |
| Mt. Tamalpais Mortuary & Cemetery |
| Myron Culberson, DDS |
| Neil Travis; Travis-Noe Funeral Home |
| North Springs Animal Clinic |
| Orthopaedic Surgery Center of Clearwater |
| Paul Arnold Nardi, D.D.S. |
| Peters Family Dentistry |
| Plastic Surgery Associates of Northern Virginia |
| Ramy Bahu (DBA Aesthetic and Reconstructive Dental Assoc.) |
| Readshaw Funeral Home, Inc. |
| Richard N. Warnock, M.D. PC |
| S. Jason Ledford, DMD, PC |
| S. Michael Vancil DMD LLC |

| |
|---|
| Salina Health Education Foundation dba Salina Family Healthcare Center |
| San Jose Funeral Service/ Michael Brown |
| Skyview Memorial Lawn |
| South Dental/ Efren Morales |
| Steven M. Cantrell, MD/ Sierra Ambulatory Surgery Center |
| Surgical Associates, PC (Formerly Surgical Associates of Lincoln) |
| T.E. Cooke-Overton Funeral Home |
| Tariq Malik/ Albany Upstate Dental PC |
| The Ford Clinic dba Disability Dental Services |
| Thomas B. Braun DDS PC |
| Thomas J. Nivison, D.D.S.; Burton Advance Dental |
| Treadway & Wigger Funeral Home |
| University Dental Group |
| Vernon Woods Animal Hospital |
| Victoria Oral & Maxillofacial Surgery |
| Vivian Medina, DDS |
| Wiggins-Knipp Funeral Home |
| Woodard Funeral Home Inc. |

# STERICYCLE CLASS ACTION "OPT OUT" FORM

*In re: Stericycle, Inc., Steri-Safe Contract Litigation*
UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
Case No. 13-C-5795, MDL No. 2455

By completing, signing, and returning this form I confirm that I request to be **excluded** from the Settlement in *In re: Stericycle, Inc., Steri-Safe Contract Litigation*, Case No. 13-C-5795, MDL No. 2455. I have reviewed and understand the Notice of Proposed Settlement of Class Action Involving Stericycle, Inc. ("Class Notice"). I understand that with this exclusion instruction ("Opt Out") that I shall not share in any recovery obtained by judgment on behalf of the Stericycle Federal Class Action.

_Addy Fisharan DBA_
_Garza Memorial Funeral Home_
Name of Individual and/or Business that was a Stericycle customer

Signature

_Alberto Vega_
Printed Name

_1025 East Jackson St._
_Brownsville, TX. 78520_
Address

_01/08/2018_
Date

HARD. YOU ARE MAKING 3 COPIES.

UNITED STATES POSTAL SERVICE

U.S. POSTAGE PAID
SAINT CHARLES, IL
60176
JAN 16, 18
AMOUNT
$0.00
R2303510118106

EG 746118393 US

**EXPRESS MAIL**
*UNITED STATES POSTAL SERVICE*

Mailin
Label 11-I

Post Office To Add

**ORIGIN (POSTAL SERVICE USE ONLY)**

PO ZIP Code

Day of Delivery
☑ Next ☐ 2nd ☐ 2nd Del. Day

Date Accepted
Mo. 01  Day 16  Year 18

Scheduled Date of Delivery
Month 01  Day 17

Time Accepted
12:28 ☐ AM ☑ PM

Scheduled Time of Delivery
☐ Noon ☑ 3 PM

Military
☐ 2nd Day  ☐ 3rd Day

Flat Rate ☑ or Weight
lbs.  ozs.

Int'l Alpha Country Code

Postage $ 23.75

Return Receipt Fee

COD Fee

Insurance Fee

Total Postage & Fees $ 23.75

Acceptance Emp. Initials

**DELIVERY (POSTAL USE ONLY)**

Delivery Attempt
Mo.  Day  Time ☐ AM ☐ PM

Delivery Attempt
Mo.  Day  Time ☐ AM ☐ PM

Delivery Date
Mo.  Day  Time ☐ AM ☐ PM

Employee Signature

Employee Signature

**CUSTOMER USE ONLY**

PAYMENT BY ACCOUNT
Federal Agency Acct. No. or
Postal Service Acct. No.

☐ NO DELIVERY ☐ Weekend ☐ Holiday

☑ WAIVER OF SIGNATURE

FROM: (PLEASE PRINT)

PHONE ( 630 ) 232-6333

3 North Second Street, Suite 300

TO: (PLEASE PRINT)

PHONE (        )

Shogyo Class Action

UNITED STATES POSTAL SERVICE
02/17 PCG F5 $023.750
0004823496 JAN-15-2018
MAILED FROM ZIP CODE 60174

PITNEY BOWES

# Beck|Redden LLP



1221 McKinney Street, Suite 4500 | Houston, Texas 77010
Phone 713.951.3700 | Fax 713.951.3720
www.beckredden.com

Curt Webb
cwebb@beckredden.com

Direct Dial: 713.951.6206

January 19, 2018

Stericycle Class Action
c/o GCG
P.O. Box 10515
Dublin, OH 43017-1515

Re:    Request to opt out of the Class Action Settlement for In re: Stericycle Inc., Steri-Safe Contract Litigation (Case No. 13-C-5795, MDL No. 2455)

On Behalf of **Addy-Fishman DBA Garza Memorial Funeral Home (TX)**

Dear Sir or Madam:

    I want to exclude **Addy-Fishman DBA Garza Memorial Funeral Home (TX)** and all of its affiliates and subsidiaries from the Class Action Settlement for In re: Stericycle Inc., Steri-Safe Contract Litigation (Case No. 13-C-5795, MDL No. 2455), hereinafter referred to as "Stericycle Class Action Settlement." I have been retained as outside counsel (attorney-in-fact) to represent **Addy-Fishman DBA Garza Memorial Funeral Home's (TX)** interests in the above matter, which gives me authority to exclude **Addy-Fishman DBA Garza Memorial Funeral Home (TX)** from the Stericycle Class Action Settlement.

My contact information is:

               **W. CURT WEBB**

| | |
|---|---|
| Position: | Outside Counsel |
| Firm Name: | BECK, REDDEN LLP |
| Address: | 1221 McKinney Street, Suite 4500 |
| | Houston, TX 77010 |
| Phone No.: | (713) 951-6206 |

Entity seeking exclusion from the Stericycle Class Action Settlement:

Stericycle Class Action
January 19, 2018
Page 2

Name of Customer: **Addy-Fishman DBA Garza Memorial Funeral Home (TX)**
Address:           1025 E. Jackson St., Brownsville, TX 78520
Phone No.:       956-542-5511

      On behalf of **Addy-Fishman DBA Garza Memorial Funeral Home (TX)**, I am submitting this letter to exclude **Addy-Fishman DBA Garza Memorial Funeral Home's (TX)** business and all locations from the Stericycle Class Action Settlement. This letter is intended to be read as broadly as possible and to exclude **Addy-Fishman DBA Garza Memorial Funeral Home (TX)** from the Stericycle Class Action Settlement.

Very truly yours,

W. Curt Webb

W. Curt Webb

cc:     Albert Vega
        Addy-Fishman DBA Garza Memorial Funeral Home (TX)
        1025 E. Jackson St
        Brownsville, TX 78520

# Beck|Redden LLP

1221 McKinney Street, Suite 4500 | Houston, Texas 77010
Phone 713.951.3700 | Fax 713.951.3720
www.beckredden.com

Curt Webb
cwebb@beckredden.com

Direct Dial:  713.951.6206

January 22, 2018

Stericycle Class Action
c/o GCG
P.O. Box 10515
Dublin, OH 43017-1515

Re:    Request to opt out of the Class Action Settlement for In re: Stericycle Inc., Steri-
       Safe Contract Litigation (Case No. 13-C-5795, MDL No. 2455)

Dear Sir or Madam:

Enclosed please find opt-out letters for the clients referenced in the attached list.

Very truly yours,

W. Curt Webb

W. Curt Webb

| PLAINTIFF (TEXAS) | POINT OF CONTACT | ADDRESS | COUNTY | CITY | STATE | ZIP | EMAIL | PHONE |
|---|---|---|---|---|---|---|---|---|
| Highlands Medical Assoc. | Abdelaziz, Dalia MD | 607 E. Wallville Road | Harris | Highlands | TX | 77562 | callighighland@yahoo.com | 281-426-8586 |
| Addy, Fishman DBA Garza Funeral Home | Vega, Albert | 1025 E. Jackson St. | Cameron | Brownsville | TX | 78520 | tomargarza@hotmail.com | 956-542-5511 |
| Advanced OSM | Matthews, Joseph | 21212 Northwest Fwy, Suite 605 | Harris | Cypress | TX | 77429 | jmatthews@advancedosm.com | 281-955-2650 |
| Arbor House of Marble Falls | Cherry, Shaye | 1801 King Road | Burnet | Marble Falls | TX | 78654 | shaye@arborhouseliving.com | 830-613-3260 |
| Arbor House | Cherry, Shaye | 4501 W. Main Street | Cleveland | Norman | OK | 73072 | shaye@arborhouseliving.com | 405-310-2499 |
| Arbor House of Mustang | Cherry, Shaye | 850 N. Clearsprings Road | Canadian | Mustang | OK | 73064 | shaye@arborhouseliving.com | 405-376-2872 |
| Arbor House Assisted Living | Bell | 4257 Lowes Drive | Bell | Temple | TX | 76502 | shaye@arborhouseliving.com | 254-771-5081 |
| Arbor House Assisted Living of Rockwall | Cherry, Shaye | 5250 Medical Drive | Rockwall | Rockwall | TX | 75032 | shaye@arborhouseliving.com | 469-338-0294 |
| Arbor House Assisted Living | Cherry, Shaye | 8027 W. Virginia Drive | Dallas | Dallas | TX | 75237 | shaye@arborhouseliving.com | 972-298-1331 |
| Arbor House Animal Clinic | Cherry, Shaye | 900 Autumn Ridge Drive | Hood | Granbury | TX | 76048 | shaye@arborhouseliving.com | 817-573-7720 |
| Baylor Animal Clinic | Baylit, Trey | 826 Grand Avenue | Galveston | Bacliff | TX | 77518 | bayloranimalclinic@gmail.com | 281-339-3285 |
| Broder, Lawrence MD | Broder, Lawrence | 351 Cypress Creek Road, #204 | Travis | Cedar Park | TX | 78613 | ldbroder@yahoo.com | 512-354-1243 |
| Crucible Physical Medicine | Landreau, Meagan | 6988 Lebanon Road, #101 | Collin | Frisco | TX | 75034 | billing@ChalmersWellness.com | 214-446-5300 |
| C&S Dental | Cutbirth, Elizabeth | 15731 FM 2920 Road | Harris | Tomball | TX | 77377 | tomball@cutbirthandsanderson.co | 281-356-3721 |
| Cutbirth & Sanderson | Cutbirth, Elizabeth | 827 Magnolia Blvd. #1 | Montgomery | Magnolia | TX | 77355 | tomball@cutbirthandsanderson.co | 281-356-3721 |
| Dylan Corp DBA Tomar Garza Funeral Home | Vega, Albert | 395 S. San Houston, Blvd. | Cameron | San Benito | TX | 78586 | tomargarza@hotmail.com | 956-399-1331 |
| Finesse Surgical Solutions | Schlorer, Michelle | 1347 Thorpe Lane | Hays | San Marcos | TX | 78666 | info@finessesurgical.com | 512-395-8770 |
| Fort Bend Dental Associates | Rangel, Amber | 1601 Main Street, Suite 209 | Fort Bend | Richmond | TX | 77469 | dpccore@ftbenddental.com | 281-499-3541 |
| Fournier Family Dentistry | Fournier, LJ | 2619 Washington Street | Waller | Waller | TX | 77484 | LJFournier@att.net | 936-372-2157 |
| Hearthstone Animal Clinic | Pelton, Steve | 14606 FM 529 | Harris | Houston | TX | 77095 | drpelton@gmail.com | 281-859-9244 |
| Lipsey, Jimerson | Lipsey, Jimerson | 1131 TX-149 | Panola | Carthage | TX | 75633 | jimersonlipsey@yahoo.com | 903-694-2211 |
| Mabnie Memorial Mortuary | Vaughree, Tiffany | 5000 Almeda Road | Harris | Houston | TX | 77004 | mabniememorial2@hotmail.com | 713-942-7673 |
| Nassour, Herbert MD | Neal, Ken | 1300 Murchison Drive, #300 | El Paso | El Paso | TX | 79902 | nassour@elp-tx.com | 915-532-0555 |
| Northwest Women's Center | Bueno, Sara | 13215 Doston Road, Suite 200 | Harris | Houston | TX | 77070 | kandi@nwwomens.com | 281-444-3440 |
| Pulmonary Spec. of Tyler | Flores, Rick | 912 S. Fleishel Avenue | Smith | Tyler | TX | 75701 | sarah@psptyler.com | 903-592-6901 |
| Southwest Retina Consultants | Stedman, Honis | 1700 Curie Drive, Suite 3800 | El Paso | El Paso | TX | 79902 | southwestretina@gmail.com | 915-532-3912 |
| Texas Family Medicine Center | Lyons, Jessica | 2300 US-281 | Bexar | San Antonio | TX | 78258 | tfmclake@yahoo.com | 512-751-1619 |
| Texas Spine Clinic - Barton | Barton, Kevin | 506 Graham Drive | Bexar | San Antonio | TX | 78258 | barton.kevin@gmail.com | 281-255-5788 |
| The Eye Clinic of Texas | Woodyard, Susan | 19016 Stone Oak Pkwy, #280 | Galveston | Galveston | TX | 77550 | sexooody88@att.net | 210-545-5111 |
| Westlake Dermatology | Nikolaidis, Roxanne | 8825 Bee Cave Road | Travis | Austin | TX | 78746 | rosannd@westlakedermatology.cor | 409-765-6324 / 512-615-3149 |

| PLAINTIFF (MISSISSIPPI) | POINT OF CONTACT | ADDRESS | COUNTY | CITY | STATE | ZIP | EMAIL | PHONE |
|---|---|---|---|---|---|---|---|---|
| Aleman, Pedro DDS | Aleman, Pedro | 956 Northpart Drive, #C | Hinds | Ridgeland | MS | 39157 | pparman@comcast.net | 601-957-9548 |
| Bildora Senior Care | Bildora, Jay | 314 Enochs Drive | Walthall | Tylertown | MS | 39667 | Fax 601-442-0799 | 601-876-2173 |
| Bandel-Phillips Funeral Home | Phillips, Janet | 6875 Cockram Road | DeSoto | Olive Branch | MS | 38654 | dannyphillips457@gmail.com | 662-889-2310 |
| Clark Memorial Funeral Home | To Whom It May Concern | 621 Obie Clark Drive | Lauderdale | Meridian | MS | 39301 | clarkchappell@att.net | 601-485-4021 |
| Cognos Consultants LLC | To Whom It May Concern | 321 Main Street | Adams | Natchez | MS | 39120 | clcfdy@cogroorcare.com | 601-442-0099 |
| Cutshall Funeral Home | To Whom It May Concern | 302 N Pearl Street | Leflore | Itta Bena | MS | 38932 | Cutshall6@bellsouth.net | 662-423-5222 |
| Family and Cosmetic Dentistry | Fairburn, Matthew | 445 Northpart Drive | Madison | Ridgeland | MS | 39157 | martilaburn@hotmail.com | 601-956-4007 |
| Family Memorial Funeral Service | Thompson, Moses | 326 W. North Street | Madison | Canton | MS | 39046 | family6@gail.com | 601-859-1507 |
| Festree Dental Group - Fennrie, Robert | Fennrie, Robert | 105 Heady Drive | Davidson | Nashville | TN | 37205 | susan.bellerman@comcast.net | 615-352-1532 |
| Franklin, Brad DMD | Franklin, Brad | 106 Central Blvd | Madison | Flora | MS | 39071 | gavindentalburg@yahoo.com | 601-879-0031 |
| Gantez, Lake MD | Gantez, Lake MD | 949 Broadway Drive | Forrest | Hattiesburg | MS | 39401 | germany6@me.com | 601-271-7300 |
| Germany Dental | Jonathan Germany | 2004 Courtside Drive | Rankin | Brandon | MS | 39042 | info@drgerets.com | 601-825-4746 |
| Gerems, Thomas, DMD | Carrera, Thomas | 599A Seeed Road | Ridgeland | Ridgeland | MS | 39157 | baylor@brentwoodcentral.net | 601-898-9282 |
| Hernando Funeral Home | Taylor, Brent | 2285 Hwy 51 S | Hernando | Hernando | MS | 38632 | bottenumifont@bellsouth.net | 662-429-5360 |
| J. F. Brittenum & Son Funeral Home | Brittenum, C.F. | 125 N. Memphis St. | | Holly Springs | MS | 38635 | williamson6@cogroocare.com | 662-252-2341 |
| Lexington Manor Senior Home | Massey, Jay | 56 Rockport Road | | Lexington | MS | 39095 | benbk@cogroocare.com | 662-834-3022 |
| Magnolia Senior Care, LLC | Massey, Jay | 3701 Peter Quinn Drive | Jackson | Olive Branch | MS | 39213 | | 601-366-1712 |

| PLAINTIFF (REFERRED) | POINT OF CONTACT | ADDRESS | COUNTY | CITY | STATE | ZIP | EMAIL | PHONE |
|---|---|---|---|---|---|---|---|---|
| McDonald Funeral Home | McDonald, Amy | 401 W. Canal Street | Pearl River | Picayune | MS | 39466 | mfuneralcare@gmail.com | 601-798-1212 |
| Meredith-Nowell Funeral Home | To Whom It May Concern | 314 E. 2nd Street | Coahoma | Clarksdale | MS | 38614 | meredithnowell@bellsouth.net | 662-624-6218 |
| Metro Ambulance Service | Cobler, Matt | 502 17th Ave. | Lauderdale | Meridian | MS | 39301 | | 601-483-2260 |
| Mills, Redding & Dennis | Mills, John | 4801 Old Canton Road | Hinds | Jackson | MS | 39211 | mredjacksonmi@comcast.net | 601-981-7122 |
| Mortimer Funeral Home | Mortimer, Robert | 711 US 82 | Washington | Greenville | MS | 38701 | | 662-334-4519 |
| Neely, Robert and Johnny | Neely, Robert and Johnny | 4801 Old Canton Road | Hinds | Jackson | MS | 39211 | office@neelyandneelydental.com | 601-981-7122 |
| Neely and Neely Dental Group | Taylor, Brent | 911 E. Main Street | Jackson | Jackson | MS | 38921 | baylor@brentwooddental.net | 662-647-2726 |
| Newsom Funeral Home | Sanders, Debra | 6171 Highway 49 S. | Tallahatchie | Charleston | MS | 38950 | sanders&2000@aol.com | 662-453-5700 |
| Sanders and Sanders Funeral Home | Scott, Benjamin | 1401 E. Broadway St. | Leflore | Greenwood | MS | 38930 | bscott449@gmail.com | 662-746-0046 |
| Scott Memorial Funeral Home | Lee, Thomas Sr. | 422 N. 12th Street | Yazoo | Yazoo | MS | 39194 | leesykes@cableone.net | 662-328-4335 |
| Sykes Funeral Home | Thigpen, Lee, MD | 275 Roosevelt Street | Lowndes | Columbus | MS | 39701 | thigpen@missionfirst.org | 601-608-0050 |
| Mission First | Thompson, Timothy | 125 Main Street | Hinds | Jackson | MS | 39203 | timothy7134@yahoo.com | 601-235-0533 |
| Walnut Grove Funeral Home | Warrs, Jimmy | 309 N 2nd Street | Leake | Walnut Grove | MS | 39189 | rwaters3@yahoo.com | 601-265-8511 |
| Waters Funeral Home | Winfield, David | 7 St Catherine St | Prentiss | Baldwyn | MS | 38824 | davidwinfield@yahoo.com | 601-445-5637 |
| Webb Funeral System | | 325 Fenwick Street | Adams | Natchez | MS | 39120 | wfh@maxxsouth.net | 662-289-5251 |
| Winfrea Funeral Home | To Whom It May Concern | | | Kosciusko | MS | 39090 | | |
| Advanced Cardiovascular Specialist | Foster, Ange | 755 N 11th St. P1200 | Jefferson | Beaumont | TX | 77702 | ange@ascardio.com | 409-892-1192 |
| Brazos Valley Internal Medicine | Florian, Mark | 3201 University Drive, E. #345 | Brazos | Bryan | TX | 77802 | flotiann@suddenlinkmail.com | 979-776-2715 |
| Caldwell, David | Caldwell, Olya | 2955 Harrison Avenue, #103 | Jefferson | Beaumont | TX | 77702 | olya.caldwell@gmail.com | 409-923-1602 |
| Care Plus Medical PA | Roquet, Warren | 3201 University Dr. E, #135 | Jefferson | Beaumont | TX | 77802 | paul10.roquet@gmail.com | 979-774-7387 |
| Divine Children's Clinic | Gonzales, John and Patricia | 701 N Main Street, Suite B | Hidalgo | | TX | 78537 | pocalfe@yahoo.com | 210-316-4054 |
| Jones, Michael | Schmolesz, Jennifer | 1121 Briarcrest Drive | Brazos | Bryan | TX | 77802 | mpotersm@live.com | 979-774-1500 |
| Larson's Cosmetic and Breast Surg | Larson, Mark | 950 North 11th Street | Jefferson | Beaumont | TX | 77702 | mdlarson@aol.com | 409-833-0193 |
| Mennie, Gary MD | Mennie, Gary MD | 2770 Aero Drive, Suite #1 | Jefferson | Port Arthur | TX | 77640 | dorgeryia4@gmail.com | 409-727-4642 |
| Brazos Medical Associates | Robinson, Haywood | 4112 E 29th Street | Brazos | Bryan | TX | 77802 | haywoodjohnson@hotmail.com | 979-764-4043 |
| Rude, Malcolm | Rude, Malcolm | 2809 East Rudder Freeway South, Suite 101 | Brazos | College Station | TX | 77845 | MRude@rundt.com | 979-776-8825 |
| Semihikimac, Kandsami | Semihikamac, Kandsami | 740 Hospital Drive, #100 | Jefferson | Beaumont | TX | 77701 | mmc02doc@gmail.com | 409-838-4338 |
| Southeast Texas ENT | Hatcher, Craig | 740 Hospital Drive, #300 | Jefferson | Beaumont | TX | 77701 | cind/haechten@yahoo.com | 409-212-8111 |
| Subec, Barbara, MD | Subec, Barbara | 2770 Aero Drive, Suite #3 | Jefferson | Port Arthur | TX | 77640 | bstube@yahoo.com | 409-727-6599 |
| Roquet, Warren | Roquet, Warren | 3201 University Dr. E, #155 | Brazos | Bryan | TX | 77802 | paul10.roquet@gmail.com | 979-774-9777 |
| Lifetime Dental Care - Lowe, Jeffery, DDS | O'Neil, Matt | 2701 Sternberg Drive | Ellis | Hays | KA | 67601 | ddlowe@lifetimedentalcare.com | 785-625-7909 |
| Menta Neuro Rehab | O'Neil, Matt | 6849 Crestway Drive B | Bexar | San Antonio | TX | 78239 | omattlak@mentaneuro.com | 210-599-4400 |
| Musso Family Dentistry | Musso, Mark | 513 W Centerville Road | Dallas | Garland | TX | 75041 | drmusso@sbcglobal.net | 972-840-8477 |
| Wilson/Jones Hospital | O'Neil, Matt | 500 N. Highland Avenue | Grayson | Sherman | TX | 75092 | chucks.cave@WSNJ.ORG | 903-870-4611 |
| Oxbow Animal Clinic | Powell, Elizabeth | 423 W Greenfield Drive | Jefferson | Port Arthur | TX | 75501 | lza_oxw_431@yahoo.com | 903-832-4559 |
| Saunders, Kip | Sanders, Kip | 3 Gregana Park Dr., #103 | Harris | Spring | TX | 77380 | kipsaunders@protocontext.com | 281-292-1833 |



2/26-001
wcw

**Beck|Redden** LLP · Trial and Appellate Attorneys

1221 McKinney Street, Suite 4500 | Houston, Texas 77010 | www.beckredden.com

Stericycle Class Action
c/o GCG
P.O. Box 10515
Dublin, OH 43017-1515

7002 2030 0005 7009 429b



CERTIFIED MAIL™

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT OF THE RETURN ADDRESS, FOLD AT DOTTED LINE

NEOPOST
01/22/2018
**US POSTAGE** $016.05⁰

ZIP 77010
041M10270567

PRIORITY MAIL

Case No. 13-CV-5795, MDL No. 2455
*In re: Stericycle, Inc. Steri-Safe Contract Litigation*
United States District Court for the Northern District of Illinois

## REQUEST FOR EXCLUSION FROM CLASS ACTION SETTLEMENT

Stericycle Class Action
c/o GCG
PO Box 10515
Dublin, OH 43017-1515

Dear Sir or Madam:

By completing, signing, and returning this form, I confirm that:

Garza Memorial Funeral Home
D.B.A. of Addy-Fishman
Brownsville, TX 78520
**Class Member No. - Unknown**
**Class Member Name - Unknown**

requests to be **excluded** from the Class Action Settlement in the above-referenced litigation.

I have reviewed and understand the rights and terms described in the Class Notice. I understand that with this exclusion Garza Memorial Funeral Home D.B.A. of Addy-Fishman will not share in any recovery obtained by settlement and final judgment on behalf of the Class in the above-referenced litigation.

My contact information is:

Alberto Vega
(Printed Name)
Garza Memorial Funeral Home
D.B.A. of Addy-Fishman
1025 E. Jackson St
Brownsville, TX 78520
(956) 542-5511

Account No./Customer No. (if known): _____

I affirm that I have authority, and am authorized, to sign on behalf Garza Memorial Funeral Home D.B.A. of Addy-Fishman.

Signature: _____
Printed Name: Alberto Vega
Title: President

Garza Memorial Funeral Home D.B.A. of Addy-Fishman

Date: 3/29/2018

# Beck|Redden LLP

1221 McKinney Street, Suite 4500 I Houston, Texas 77010
Phone 713.951.3700 I Fax 713.951.3720
www.beckredden.com

Curt Webb                                                          Direct Dial: 713.951.6206
cwebb@beckredden.com

March 27, 2018

Stericycle Class Action                    *Via CM/RRR  7002 2030 0005 7009 4395*
c/o GCG
P.O. Box 10515
Dublin, OH 43017-1515

Re:    Request to opt out of the Class Action Settlement for In re: Stericycle Inc., Steri-
       Safe Contract Litigation (Case No. 13-C-5795, MDL No. 2455)

Dear Sir or Madam:

        Enclosed please find opt-out letter for clients referenced in the attached list.

                              Very truly yours,

                              W. Curt Webb

                              W. Curt Webb

WCW/ae
Enclosure

2126.001/624901v1

| CLASS MEMBER NUMBER | NAME OF ENTITY | DBA OF LOCATION | COURT NAME |
|---|---|---|---|
| Unknown | Addy-Fishman | Garza Memorial Funeral Home | |
| Unknown | Dylan Corp DBA Thomae Garza Funeral Home | Thomae Garza Funeral Home | |

2126.001

**Beck|Redden** LLP Trial and Appellate Attorneys

1221 McKinney Street, Suite 4500 | Houston, TX 77010 | www.beckredden.com

Stericycle Class Action
c/o GCG
P.O. Box 10515
Dublin, OH 43017-1515

CERTIFIED MAIL™

7002 2030 0005 7009 4395



NEOPOST
03/29/2018
US POSTAGE $007.41°

FIRST-CLASS MAIL

ZIP 77010
041M10270567

# Beck|Redden ʟʟᴘ



1221 McKinney Street, Suite 4500 I Houston, Texas 77010
Phone 713.951.3700 I Fax 713.951.3720
www.beckredden.com

Curt Webb                                                      Direct Dial:  713.951.6206
cwebb@beckredden.com


January 19, 2018


Stericycle Class Action
c/o GCG
P.O. Box 10515
Dublin, OH 43017-1515


Re:    Request to opt out of Class Action Settlement for In re: Stericycle Inc., Steri-Safe
       Contract Litigation (Case No. 13-C-5795, MDL No. 2455)
       On Behalf of:  **The Memorial Signature Group/The Signature Group**


Dear Sir or Madam:

    I want to exclude **The Memorial Signature Group/The Signature Group** and all
of its affiliates and subsidiaries (collectively referred to as **"The Signature Group"**) from
the Class Action Settlement for In re: Stericycle Inc., Steri-Safe Contract Litigation (Case
No. 13-C-5795, MDL No. 2455), hereinafter referred to as "Stericycle Class Action
Settlement."  I have been retained as outside counsel (attorney-in-fact) to represent **The
Memorial Signature Group's/The Signature Group's** interests in the above matter,
which gives me authority to exclude **The Memorial Signature Group/The Signature
Group** from the Stericycle Class Action Settlement.

My contact information is:

                    **W. CURT WEBB**
Position:           Outside Counsel
Firm Name:          BECK, REDDEN LLP
Address:            1221 McKinney Street, Suite 4500
                    Houston, TX 77010
Phone No.:          (713) 951-6206

Stericycle Class Action
January 19, 2018
Page 2


Entities seeking exclusion from the Stericycle Class Action Settlement:

Name of Customer: **The Memorial Signature Group/The Signature Group**
Address:                16801 Greenspoint Park Dr., Suite 376, Houston, TX 77060
Phone No.:            (281) 453-1260

See also attached Exhibit listing affiliated entities and locations seeking exclusion from the class.

Please note that **The Memorial Signature Group/The Signature Group** conducts business at more than one location. It is the express intent of **The Memorial Signature Group/The Signature Group** to exclude every business and location that is affiliated with **Serenity & Company** from the Stericycle Class Action Settlement.

Accordingly, on behalf of **The Memorial Signature Group/The Signature Group**, I am submitting this letter to exclude all **The Memorial Signature Group's/The Signature Group's** businesses and locations from the Stericycle Class Action Settlement. This letter is intended to be read as broadly as possible and to exclude **The Memorial Signature Group/The Signature Group**, all affiliates and subsidiaries from the Stericycle Class Action Settlement.

Very truly yours,

W. Curt Webb

W. Curt Webb


Enclosure
cc:    Jay Dodds/Brad Green
       The Memorial Signature Group/The Signature Group
       16801 Greenspoint Park Dr.
       Suite 376
       Houston, TX 77060

# the Signature Group

*Location Listing*

## Signature Memorial Group

### Executive Office (#101)
16801 Greenspoint Park Drive
Suite 376
Houston, Texas 77060
Phone: (281) 453-1260
Fax: (281) 453-1264

### Administrative Office (#102)
The Signature Memorial Group
1100 Coal Ave. SE
Albuquerque, NM 87106
Phone: (505) 892-9096
Fax: (505) 896-1606

## Albuquerque & Santa Fe Market
**(VP, Ops – Mark Shalz)**

### Strong Thorne Mortuary (Coal) (#201)
1100 Coal Ave. SE
Albuquerque, NM 87106
Phone: (505) 842-8800
Fax: (505) 843-6879

### Carlisle Chapel (#202)
3113 Carlisle Blvd. NE
Albuquerque, NM 87110
Phone: (505) 884-1188
Fax: (505) 884-1218

### ABQ Central Care Center (#203)
3113 Carlisle Blvd. NE
Albuquerque, NM 87110
Phone: (505) 821-3721
Fax: (505) 821-4318

### Affordable Cremation & Burial (#204)
621 Columbia Dr. SE
Albuquerque, NM 87106
Phone: (505) 262-1456
Fax: (505) 266-6136

### Fairview Memorial Park (#205)
700 Yale Blvd SE
Albuquerque, NM 87106
Phone: (505) 262-1454
Fax: (505) 266-4553

### Garcia Mortuary (#208)
717 Stover Ave. SW
Albuquerque, NM 87102
Phone: (505) 243-5222
Fax: (505) 243-7418

### Alameda Mortuary (#209)
9420 Fourth St. NW
Albuquerque, NM 87114
Phone: (505) 898-3160
Fax: (505) 897-3769

### Sara Chapel (#210)
4310 Sara Road SE
Rio Rancho, NM 87124
Phone: (505) 892-9920
Fax: (505) 892-8407

### Vista Verde Memorial Park (#211)
4310 Sara Road SE
Rio Rancho, NM 87124
Phone: (505) 338-1309
Fax: (505) 892-8407

# the Signature Group

*Location Listing*

## Albuquerque & Santa Fe Market Continued

### Southern Chapel (#213)
2400 Southern Blvd.
Rio Rancho, NM 87124
Phone: (505) 891-9192
Fax: (505) 891-2505

### Wyoming Chapel (#214)
7601 Wyoming Blvd. NE
Albuquerque, NM 87109
Phone: (505) 821-0010
Fax: (505) 821-4164

### Socorro Chapel (#215)
309 Garfield St.
Socorro, NM 87801
Phone (575) 835-1530
Fax: (575) 838-0547

### Sandia Memory Gardens (#216)
9500 San Pedro NE
Albuquerque, NM 87113
Phone: (505) 891-3539
Fax: (505) 821-7391

### Avista Funeral & Cremation (#217)
2500 Camino Entrada
Suite A
Santa Fe, NM 87507
Phone: (505) 438-2959
Fax: (505) 438-1185

### Gabaldon Mortuary (#218)
1000 Old Coors Drive SW
Albuquerque, NM 87121
Phone: (505) 243-7861
Fax: (505) 247-0103

### DeVargas Funeral Home (#219)
623 North Railroad Avenue
Española, NM 87532
Phone: (505) 747-7477
Fax: (505) 747-3600

## Jackson Market
(VP, Ops – Greg Schoonmaker)

### Ott & Lee Funeral Home - Brandon (#602)
1360 W. Government Street
Brandon, MS 39042
Phone: (601) 824-6018
Fax: (601) 824-0968

### Ott & Lee Funeral Home – Forest (#603)
295 East First Street
Forest, MS 39074
Phone: (601) 469-3412
Fax: (601) 469-0885

### Ott & Lee Funeral Home – Morton (#604)
3555 Highway 80 South
Morton, MS 39117
Phone: (601) 732-6571
Fax: (601) 732-6544

### Ott & Lee Funeral Home – Richland (#605)
1550 Highway 49 South
Richland, MS 39218
Phone: (601) 939-1900
Fax: (601) 732-6544

# the Signature Group

*Location Listing*

## Kansas City Market
**(VP, Ops – Mat Forastiere)**

**Johnson County Funeral Chapel & Memorial Gardens (#301 & #302)**
11200 Metcalf Avenue
Overland Park, KS 66210
Phone: (913) 451-1860
Fax: (913) 451-1262

**Overland Park Funeral Chapel (#303)**
8201 Metcalf Avenue
Overland Park, KS 66204
Phone: (913) 648-6224
Fax: (913) 708-8044

**KC Central Care Center (#303)**
8201 Metcalf Avenue
Overland Park, KS 66204
Phone: (913) 660-0029
Fax: (913) 708-8044

**Terrace Park Funeral Home & Cemetery (#401 & 402)**
801 Northwest 108th Street
Kansas City, MO 64155
Phone: (816) 734-5500
Fax: (816) 734-4742

**Longview Funeral Home & Cemetery (#403 & 404)**
12700 SE Raytown Rd.
Kansas City, MO 64155
Phone: (816) 761-6272
Fax: (816) 761-0722

## Dallas Market
**(VP, Ops – Greg Schoonmaker)**

**Lincoln Funeral Home & Cemetery (#501 & 502)**
8100 Fireside Drive
Dallas, TX 75217
Phone: (214) 398-8133
Fax: (214) 398-8586

**Lincoln Memorial Park (#503)**
1311 Murdock Rd.
Dallas, TX 75217
Phone: (214) 398-8133
Fax: n/a

**Emerald Hills Funeral Home & Cemetery (#504 & 505)**
500 Kennedale Sublett Road
Kennedale, TX 76060
Phone: (817) 572-1681
Fax: (817) 483-5287

**Carver Cemetery (#506)**
45 Mallory Bridge Rd.
Wilmer, TX 75125
Phone: (214) 398-8133
Fax: n/a

# Beck|Redden

LLP  Trial and Appellate Attorneys

1221 McKinney Street, Suite 4500 | Houston, Texas 77010 | www.beckredden.com

Stericycle Class Action
c/o GCG
P.O. Box 10515
Dublin, OH 43017-1515

CERTIFIED MAIL™

7002 2030 0005 7009

NEOPOST
11/22/2018
US POSTAGE $006.88°

FIRST-CLASS MAIL

ZIP 77010
041M10270567

43017#5577 B050



## MEYERS & FLOWERS LLC
### TRIAL ATTORNEYS

**PRINCIPALS**
TED A. MEYERS
PETER J. FLOWERS
CRAIG D. BROWN
RYAN P. THERIAULT

3 NORTH SECOND STREET, SUITE 300
ST. CHARLES, ILLINOIS 60174
PHONE (630) 232-6333
FACSIMILE (630) 845-8982
www.meyers-flowers.com

CHICAGO OFFICE
225 W. WACKER DRIVE
SUITE 1515
CHICAGO, ILLINOIS 60606
(312) 214-1017

January 16, 2018

Stericycle Class Action
c/o GCG
PO Box 10515
Dublin, OH 43017-1515

*(stamp: Garden City Group, LLC — JAN 18 2018)*

Re:  ***In re: Stericycle, Inc. Steri-Safe Contract Litigation***

Dear Jacqueline Brasefield, Jennifer Slemp, and Brian Pinkerton:

    Thank you for your confirmation email regarding the Opt-Out forms mailed on January 12, 2018. Enclosed pleased find the third batch of individually executed Opt-Out forms for each of the individuals and business entities listed in this letter. Per your instruction, we will send an email to all of you with a PDF of the executed Opt-Out forms, a copy of this letter, and an Excel file with a list of each client. Thank you in advance for confirming that the Opt-Out forms were received and accepted.

Very Truly Yours,

*(signature)*

Peter J. Flowers, Esq.
MEYERS & FLOWERS, LLC

| Stericycle Client |
|---|
| Addy-Fishman dba Garza Memorial Funeral Home |
| Aesthetic Plastic Surgery Center of Little Rock, LLC |
| Airline Animal Health & Surgery Center, LLC |
| AmeriCare Ambulance Inc. |
| Arthur D'Souza WMA PC |
| Barry F. Bartusiak, DMD |
| Brea Dental Group |
| Brookhaven Animal Hospital; Previous Name Lenox Animal Hospital |
| Carter County Emergency & Rescue Squad Inc. |
| Chapel of the Light |
| Chenal Family Practice |
| Clinical Research of Hollywood |
| Columbus Dental Care |
| Conway Oral Healthcare - Eric Hirschfeld, D.D.S. |

| |
|---|
| Craig E. Riley D.P.M./Columbus Foot Clinic |
| Dalla Valle Funeral Service, Inc. |
| Daniel Shomer DMD |
| David B. Schwartz, DDS, LTD |
| David W. Smith, DDS |
| Dennis J. Dwyer DDS, P.C. |
| Don W. Hedges dba N.W. Medical Center |
| Donald G. Flynn, DDS/ Innovative Periodontics & Implants |
| Dr. Richard L. Fox D.O. |
| Dr. Todd W. Reeves D.M.D. |
| Dylan Corp. dba Thomae-Garza Funeral Home |
| Edward P. Rentschler DDS, PC D/B/A Rockford OMS |
| Emerald Coast Smiles by Design |
| Fadi R. Metri, DMD |
| Fairfield Funeral Home |
| Frye Funeral Home Inc. |
| Gentle Family Dentistry LLC/ Phil Herlihey DDS |
| Gilbert G. Stein DDS, PC |
| Greencastle Dental |
| Harrigan Parkside Funeral Home |
| Heal Corporation dba West Louisiana Dental Center |
| Hill & Kunselman Funeral Home, Inc. |
| Irving Orthopedics & Sports Medicine |
| James W. Moodt, DMD, Inc. |
| John Russo ; Russo Dental Care ; a dental corp. |
| John S. Madaras DDS |
| Lakewalk Surgery Center |
| Lawrence H. Zager DDS P.C. |
| McHenry Dental Specialists |
| Michele Horton, DDS |
| Morrison Funeral Chapel |
| Mt. Tamalpais Mortuary & Cemetery |
| Myron Culberson, DDS |
| Neil Travis; Travis-Noe Funeral Home |
| North Springs Animal Clinic |
| Orthopaedic Surgery Center of Clearwater |
| Paul Arnold Nardi, D.D.S. |
| Peters Family Dentistry |
| Plastic Surgery Associates of Northern Virginia |
| Ramy Bahu (DBA Aesthetic and Reconstructive Dental Assoc.) |
| Readshaw Funeral Home, Inc. |
| Richard N. Warnock, M.D. PC |
| S. Jason Ledford, DMD, PC |
| S. Michael Vancil DMD LLC |

| |
|---|
| Salina Health Education Foundation dba Salina Family Healthcare Center |
| San Jose Funeral Service/ Michael Brown |
| Skyview Memorial Lawn |
| South Dental/ Efren Morales |
| Steven M. Cantrell, MD/ Sierra Ambulatory Surgery Center |
| Surgical Associates, PC (Formerly Surgical Associates of Lincoln) |
| T.E. Cooke-Overton Funeral Home |
| Tariq Malik/ Albany Upstate Dental PC |
| The Ford Clinic dba Disability Dental Services |
| Thomas B. Braun DDS PC |
| Thomas J. Nivison, D.D.S.; Burton Advance Dental |
| Treadway & Wigger Funeral Home |
| University Dental Group |
| Vernon Woods Animal Hospital |
| Victoria Oral & Maxillofacial Surgery |
| Vivian Medina, DDS |
| Wiggins-Knipp Funeral Home |
| Woodard Funeral Home Inc. |

# STERICYCLE CLASS ACTION "OPT OUT" FORM

*In re: Stericycle, Inc., Steri-Safe Contract Litigation*
UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
Case No. 13-C-5795, MDL No. 2455

By completing, signing, and returning this form I confirm that I request to be **excluded** from the
Settlement in *In re: Stericycle, Inc., Steri-Safe Contract Litigation, Case No. 13-C-5795, MDL No.
2455.* I have reviewed and understand the Notice of Proposed Settlement of Class Action Involving
Stericycle, Inc. ("Class Notice"). I understand that with this exclusion instruction ("Opt Out") that
I shall not share in any recovery obtained by judgment on behalf of the Stericycle Federal Class
Action.

*Dylan Corp. DBA:*
*Thonuse-Rivera Funeral Home*
Name of Individual and/or Business that was a Stericycle customer

Signature

*Alberto Vega*
Printed Name

*395 South San Huster.*
*San Bento TX. 78586*
Address

*01/08/2018*
Date

HARD. *YOU ARE MAKING 3 COPIES.*

U.S. POSTAGE PAID
SAINT CHARLES, IL
60175
JAN 16, 18
AMOUNT

$0.00

R2303S10118I-06

EG 742128393 US

**EXPRESS MAIL**

UNITED STATES POSTAL SERVICE®

Post Office To Add

$023.750

MAILED FROM ZIP CODE 60174

**ORIGIN (POSTAL SERVICE USE ONLY)**

PO ZIP Code: 60175
Date Accepted: Mo 01 Day 16 Year 18
Time Accepted: 12:08 PM
Flat Rate or Weight: lbs. ozs.

Scheduled Date of Delivery: Mo 01 Day 17
Postage: $23.75
Total Postage & Fees: $23.75

FROM: (PLEASE PRINT)
PHONE (630) 232-6333
3 North Second Street, Suite 300

TO: (PLEASE PRINT)
Steri cycle Class Action

# Beck|Redden LLP

1221 McKinney Street, Suite 4500 I Houston, Texas 77010
Phone 713.951.3700 I Fax 713.951.3720
www.beckredden.com



Curt Webb                                                                     Direct Dial: 713.951.6206
cwebb@beckredden.com

January 19, 2018

Stericycle Class Action
c/o GCG
P.O. Box 10515
Dublin, OH 43017-1515

Re:     Request to opt out of the Class Action Settlement for In re: Stericycle Inc., Steri-
        Safe Contract Litigation (Case No. 13-C-5795, MDL No. 2455)

        On Behalf of **Dylan Corp DBA Thomae Garza Funeral Home (TX)**

Dear Sir or Madam:

        I want to exclude **Dylan Corp DBA Thomae Garza Funeral Home (TX)** and all
of its affiliates and subsidiaries from the Class Action Settlement for In re: Stericycle Inc.,
Steri-Safe Contract Litigation (Case No. 13-C-5795, MDL No. 2455), hereinafter referred
to as "Stericycle Class Action Settlement." I have been retained as outside counsel
(attorney-in-fact) to represent **Dylan Corp DBA Thomae Garza Funeral Home's (TX)**
interests in the above matter, which gives me authority to exclude **Dylan Corp DBA
Thomae Garza Funeral Home (TX)** from the Stericycle Class Action Settlement.

My contact information is:

                         **W. CURT WEBB**
Position:                Outside Counsel
Firm Name:               BECK, REDDEN LLP
Address:                 1221 McKinney Street, Suite 4500
                         Houston, TX 77010
Phone No.:               (713) 951-6206

        Entity seeking exclusion from the Stericycle Class Action Settlement:

Stericycle Class Action
January 19, 2018
Page 2

Name of Customer: **Dylan Corp DBA Thomae Garza Funeral Home (TX)**
Address:             395 S. Sam Houston, Blvd., San Benito, TX 78586
Phone No.:         (956) 399-1331

On behalf of **Dylan Corp DBA Thomae Garza Funeral Home (TX)**, I am submitting this letter to exclude **Dylan Corp DBA Thomae Garza Funeral Home's (TX)** business and all locations from the Stericycle Class Action Settlement. This letter is intended to be read as broadly as possible and to exclude **Dylan Corp DBA Thomae Garza Funeral Home (TX)** from the Stericycle Class Action Settlement.

Very truly yours,

W. Curt Webb

W. Curt Webb

cc:    Albert Vega
        Dylan Corp DBA Thomae Garza Funeral Home (TX)
        395 S. Sam Houston, Blvd.
        San Benito, TX 78586

# Beck|Redden LLP

1221 McKinney Street, Suite 4500 I Houston, Texas 77010
Phone 713.951.3700 I Fax 713.951.3720
www.beckredden.com

Curt Webb                                                    Direct Dial: 713.951.6206
cwebb@beckredden.com

January 22, 2018

Stericycle Class Action
c/o GCG
P.O. Box 10515
Dublin, OH 43017-1515

Re:     Request to opt out of the Class Action Settlement for In re: Stericycle Inc., Steri-
        Safe Contract Litigation (Case No. 13-C-5795, MDL No. 2455)

Dear Sir or Madam:

        Enclosed please find opt-out letters for the clients referenced in the attached list.

                                Very truly yours,

                                W. Curt Webb

                                W. Curt Webb

## PLAINTIFF (TEXAS)

| PLAINTIFF | POINT OF CONTACT | ADDRESS | COUNTY | CITY/MUNI | STATE | ZIP | EMAIL | PHONE |
|---|---|---|---|---|---|---|---|---|
| Highlands Medical Assoc. | Abdelsayed, Dalal MD | 607 E. Wallisville Road | Harris | Highlands | TX | 77562 | medicalhighland@yahoo.com | 281-426-8586 |
| Addy, Fishman DBA Garza Funeral Home | Vega, Albert | 1025 E. Jackson St. | Cameron | Brownsville | TX | 78520 | tomasgarza@hotmail.com | 956-542-5511 |
| Advanced OSM | Mathews, Joseph | 21212 Northwest Fwy, Suite 605 | Harris | Cypress | TX | 77429 | jmathews@advancedosm.com | 281-955-2650 |
| Arbor House | Cherry, Shaye | 1801 King Road | Burnet | Marble Falls | TX | 78654 | shaye@arborhouseliving.com | 830-613-3260 |
| Arbor House of Marble Falls | Cherry, Shaye | 4501 W. Main Street | Cleveland | Norman | OK | 73072 | shaye@arborhouseliving.com | 405-310-2499 |
| Arbor House | Cherry, Shaye | 850 N. Clearsprings Road | Canadian | Mustang | OK | 73064 | shaye@arborhouseliving.com | 405-376-2872 |
| Arbor House of Mustang | Cherry, Shaye | 4257 Lowes Drive | Bell | Temple | TX | 76502 | shaye@arborhouseliving.com | 254-773-3081 |
| Arbor House | Cherry, Shaye | 5250 Medical Drive | Rockwall | Rockwall | TX | 75032 | shaye@arborhouseliving.com | 405-338-0204 |
| Arbor House Assisted Living | Cherry, Shaye | 8027 W. Virginia Drive | Dallas | Dallas | TX | 75237 | shaye@arborhouseliving.com | 972-298-1331 |
| Arbor House Assisted Living | Cherry, Shaye | 900 Autumn Ridge Drive | Hood | Granbury | TX | 76048 | shaye@arborhouseliving.com | 281-339-3285 |
| Arbor House Assisted Living of Rockwall | Cherry, Shaye | 826 Grand Avenue | Galveston | Bacliff | TX | 77518 | bayloranimalclinic@gmail.com | 817-253-7720 |
| Arbor House Assisted Living | Cherry, Shaye | 351 Cypress Creek Road, #204 | Travis | Cedar Park | TX | 78613 | lblroder@yahoo.com | 281-359-3285 |
| Baylor Animal Clinic | Bayliff, Trey | 6985 Lebanon Road, #101 | Collin | Frisco | TX | 75034 | Billing@CulmersWellness.com | 512-354-1283 |
| Broder, Lawrence | Broder, Lawrence | 15731 FM 2920 Road | Harris | Tomball | TX | 77377 | tombail@cutbirthandsanderson.co | 214-564-5721 |
| Conchie Physical Medicine | Landrieau, Meagan | 827 Magnolia Blvd, #1 | Magnolia | Tomball | TX | 77355 | tombail@cutbirthandsanderson.co | 281-354-5721 |
| C&S Dental | Cutbirth, Elizabeth | 595 S. San Houston, Blvd. | Bexar | San Antonio | TX | 78586 | info@dpsurgical.com | 956-939-1331 |
| Cutbirth & Sanderson | Cutbirth, Elizabeth | 1347 Thorpe Lane | Smith | San Marcos | TX | 78666 | dpecel@fbsurgical.net | 512-353-8770 |
| Dylan Corp DBA Tomez Garza Funeral Home | Salgari, Michelle | 1601 Main Street, Suite 209 | Fort Bend | Richmond | TX | 77469 | LJFourier@att.net | 281-490-3541 |
| Fort Bend Surgical Solutions | Rangel, Amber | 2619 Washington Street | Waller | Waller | TX | 77484 | drpelton@gmail.com | 979-372-9157 |
| Fourier Family Dentistry | Fourier, LJ | 14606 FM 529 | Harris | Houston | TX | 77095 | jimersonlipsey@yahoo.com | 903-694-2211 |
| Hearthstone Animal Clinic | Pelton, Steve | 1131 Tx-149 | Panola | Carthage | TX | 75633 | mabriememassist2@hotmail.com | 713-942-7073 |
| Lipsey, Jimerson | Lipsey, Jimerson | 5000 Almeda Road | Harris | Houston | TX | 77004 | drnassau@tjc-rr.com | 915-532-0555 |
| Mabrie Memorial Mortuary | Vaughne, Tiffany | 1300 Mockingbird Drive, #300 | El Paso | El Paso | TX | 77902 | kneill@nwwomens.com | 281-444-3440 |
| Nassau, Hebert MD | Nassau, Hebert MD | 13215 Dotson Road, Suite 200 | Harris | Houston | TX | 78728 | ssahl@provident.com | 903-509-6001 |
| Northwest Women's Center | Neill, Ken | 912 S. Fleshel Avenue | Tyler | Tyler | TX | 75701 | southwestretina@gmail.com | 915-535-1619 |
| Pulmonary Spec. of Tyler | Bueno, Sara | 1700 Curie Drive, Suite 3800 | Harris | Houston | TX | 75901 | docstods@aol.com | 512-755-1619 |
| Southwest Retina Consultants | Flores, Rick | 2500 US-281 | El Paso | El Paso | TX | 75902 | fax: 281-255-3788 | 281-255-3838 |
| Texas Family Medicine Center | Stedman, Horii | 506 Graham Drive | Bexar | Tomball | TX | 78654 | barton.kevin@gmail.com | 210-545-5111 |
| Texas Spine Clinic - Barton | Lyons, Jessica | 19016 Stone Oak Pkwy, #280 | Bexar | San Antonio | TX | 78258 | sewoody88@att.net | 409-765-6324 |
| The Eye Clinic of Texas | Barton, Kevin | 2302 Avenue P | Galveston | Galveston | TX | 77550 | rosanne@westlakedermatology.com | 512-615-3449 |
| Westlake Dermatology | Woodyard, Susan | 8825 Bee Caves Road | Travis | Austin | TX | 78746 | | |
| | Nicholas, Rosanne | | | | | | | |

## PLAINTIFF (MISSISSIPPI)

| PLAINTIFF | POINT OF CONTACT | ADDRESS | COUNTY | CITY/MUNI | STATE | ZIP | EMAIL | PHONE |
|---|---|---|---|---|---|---|---|---|
| Clark Memorial Funeral Home | To Whom It May Concern | 621 Obie Clark Drive | Lauderdale | Meridian | MS | 39301 | clark.chapel@att.net | 601-485-4021 |
| Cogcos Consultants, LLC | Aleman, Pedro | 996 Nordpant Drive, #C | Hinds | Ridgeland | MS | 39120 | ckelly@cogcoscare.com | 601-442-0609 |
| Bulldoza Senior Care | Aleman, Jay | 314 Enochs Drive | Walthall | Tylertown | MS | 39667 | Cuthall@bellsouth.net | 662-435-5222 |
| Bradley-Phillips Funeral Home | Phillips, Janet | 6875 Cockrum Road | DeSoto | Olive Branch | MS | 38654 | dannyphillips037@gmail.com | 601-957-9048 |
| Cuthall Funeral Home | To Whom It May Concern | 321 Main Street | | | MS | 38852 | | Fax 601-442-0799 |
| Family and Cosmetic Dentistry | Fulthorn, Matthew | 302 N Pearl Street | Madison | Madison | MS | 39157 | mattfulthorn@hotmail.com | 601-956-4907 |
| Family Memorial Funeral Service | Thompson, Moses | 445 Northpart Drive | Madison | Carton | MS | 39046 | family6@aol.com | 601-859-1507 |
| Feminic Dental Group – Feminic, Robert | Feminic, Robert | 326 W. North Street | Davidson | Nashville | TN | 37205 | susan.bellernale@comcast.net | 615-351-1312 |
| Franklin, Brad DMD | Franklin, Brad | 105 Heady Drive | Madison | Flora | MS | 39071 | dentalacroflora@yahoo.com | 601-879-0031 |
| Gamez, Luke MD | Gamez, Luke MD | 106 Central Blvd | Forrest | Hattiesburg | MS | 39401 | gamezdentalabuq@yahoo.com | 601-271-7300 |
| Germany Dental | Jonathan Germany | 949 Broadway Blvd | Rankin | Brandon | MS | 39042 | germany@gmx.com | 601-853-1746 |
| Gorretz, Thomas DMD | Garcia, Thomas | 2004 Courtside Drive | Madison | Ridgeland | MS | 39157 | bayluo@brennwooddental.net | 601-898-9282 |
| Herrarado Funeral Home | Taylor, Brent | 5999A Siegel Road | DeSoto | Hernando | MS | 38632 | | 662-429-5260 |
| J. F. Brittenum & Son Funeral Home | Brittenum, C.F. | 2285 Hwy 51 S | Wake | Holly Springs | MS | 38635 | brittenumfiero@bellsouth.net | 662-252-2341 |
| Lexington Manor Senior Care, LLC | Massey, Jay | 125 N. Memphis St. | Holmes | Lexington | MS | 39095 | lwilliamson@cogcoscare.com | 662-834-3021 |
| Magnolia Senior Care, LLC | Massey, Jay | 3701 Peter Quinn Drive | Hinds | Jackson | MS | 39213 | kceib@cogcoscare.com | 601-366-1712 |

| PLAINTIFF (REFERRER) | POINT OF CONTACT | ADDRESS | COUNTY | CITY | STATE | ZIP | EMAIL | PHONE |
|---|---|---|---|---|---|---|---|---|
| McDonald Funeral Home | McDonald, Amy | 401 W. Canal Street | Pearl River | Picayune | MS | 39466 | mihalerror@gmail.com | 601-798-1212 |
| Meredith-Nowell Funeral Home | To Whom It May Concern | 314 E. 2nd Street | Coahoma | Clarksdale | MS | 38614 | mereditianowell@bellsouth.net | 662-624-6218 |
| Metro Ambulance Service | Cobler, Matt | 502 17th Ave. | Lauderdale | Meridian | MS | 39301 | ems7@gnetdoor.com | 601-483-2260 |
| Milli, Redding & Dennis | Milli, John | 4801 Old Canton Road | Jackson | Jackson | MS | 39211 | mtijacksonmi@comcast.net | 601-981-7122 |
| Mortimer Funeral Home | Mortimer, Robert | 711 US-82 | Washington | Greenville | MS | 38701 | bmorck@yahoo.com | 662-334-4519 |
| Neely and Neely Dental Group | Neely, Robert and Johnny | 4801 Old Canton Road | Hinds | Jackson | MS | 39211 | office@neelyanddental.com | 601-981-7122 |
| Newsom Funeral Home | Taylor, Brent | 911 E. Main Street | Tallahatchie | Charleston | MS | 38921 | baylor@greenwooddental.net | 662-647-2726 |
| Sanders and Sanders Funeral Home | Sanders, Debra | 6171 Highway 49 S. | Hinds | Jackson | MS | 38930 | sanders62000@aol.com | 662-455-9700 |
| Scott Memorial Funeral Home | Scott, Benjamin | 1401 E. Broadway St. | Yazoo | Yazoo | MS | 39194 | bscott449@gmail.com | 662-746-0046 |
| Sykes Funeral Home | Lee, Thomas Sr. | 422 N. 12th Street | Leflore | Greenwood | MS | 38930 | leeyke@cableone.net | 662-324-4335 |
| Mission Frist | Thigpen, Lee, MD | 275 Roosterath Street | Hinds | Jackson | MS | 39203 | lthigpen@missionfirst.org | 601-948-0080 |
| Walnut Grove Funeral Home | Thompson, Timothy | 125 Main Street | Lowndes | Columbus | MS | 39701 | timothy314@yahoo.com | 601-553-0533 |
| Waters Funeral Home | Waters, Jimmy | 309 N 2nd Street | Jackson | Walnut Grove | MS | 39189 | jwaters59@yahoo.com | 601-253-5311 |
| Webb Funeral Home | Winfield, David | 7 St. Catherine St | Adams | Natchez | MS | 38828 | davidwinfield@yahoo.com | 601-445-5637 |
| Writers Funeral System | To Whom It May Concern | 325 Fenwick Street | Kosciusko | | MS | 39090 | wfs@mymail.com | 662-289-3251 |

| PLAINTIFF (REFERRER) | POINT OF CONTACT | ADDRESS | COUNTY | CITY | STATE | ZIP | EMAIL | PHONE |
|---|---|---|---|---|---|---|---|---|
| Advanced Cardiovascular Specialist | Floran, Angie | 755 N. 11th St. P200 | Jefferson | Beaumont | TX | 77702 | | 409-892-1192 |
| Brazos Valley Internal Medicine | Floran, Mark | 3201 University Drive, E. #345 | Brazos | Bryan | TX | 77802 | finroam@gudendalmail.com | 979-776-2315 |
| Caldwell, David | Caldwell, Ojiy | 2955 Harrison Avenue, #103 | Jefferson | Beaumont | TX | 77702 | olya.caldwell@gmail.com | 409-923-1602 |
| Care Plus Medical PA | Roquet, Warren | 3201 Univenity Dr. E, #155 | Brazos | Bryan | TX | 77802 | paul10.coquet@gmail.com | 979-774-7587 |
| Divine Children's Clinic | Gonzalez, John and Patricia | 701 N Main Street, Suite B | Hidalgo | Donna | TX | 78537 | pocab6@yahoo.com | 210-316-4054 |
| Jones, Michael | Schenoker, Jennifer | 1121 Brazercrest Drive | Brazos | Bryan | TX | 77802 | mjones41@live.com | 979-774-1500 |
| Larson's Cosmetic and Breast Surg | Larson, Mark | 990 North 11th Street | Jefferson | Beaumont | TX | 77702 | mdlarson@aol.com | 409-833-0193 |
| Mennie, Gary MD | Mennie, Gray | 2770 Aero Drive, Suite #1 | Jefferson | Port Arthur | TX | 77640 | MGray@pdvnet.org | 979-727-4642 |
| Brazos Medical Associates | Robinson, Haywood | 4112 E. 29th Street | Brazos | Bryan | TX | 77802 | haywoodjrobinson@hotmail.com | 979-764-4943 |
| Rudc, Malcolm | Rudc, Malcolm | 2809 East Rudder Freeway South, Suite 101 | Brazos | College Station | TX | 77845 | MRudc@pdvnet.org | 979-776-8825 |
| Senthikumar, Kandasani | Senthikumar, Kandasani | 740 Hospital Drive, #100 | Jefferson | Beaumont | TX | 77701 | mmc926ncd@gmail.com | 409-838-4138 |
| Southeast Texas ENT | Hatcher, Craig | 740 Hospital Drive, #300 | Jefferson | Beaumont | TX | 77701 | cordybuachm@yahoo.com | 409-212-8111 |
| Stubec, Barbara, MD | Stubec, Barbara | 2770 Aero Drive, Suite #3 | Jefferson | Port Arthur | TX | 77640 | bstubec@yahoo.com | 409-727-6559 |
| Wotters Medical PA | Roquet, Warren | 3201 Univeritie Dr. E. #155 | Brazos | Bryan | TX | 77802 | paul10.coquet@gmail.com | 979-774-9777 |
| Lifetime Dental Care – Lowe, Jeffrey, DDS | O'Neal, Matt | 2701 Sternberg Drive | Ellis | Hays | KA | 67601 | drlow@lifetimedentalcare.com | 785-623-7969 |
| Menis Neuro Rehab | O'Neal, Matt | 6849 Crestway Drive B | Bexar | San Antonio | TX | 78239 | omahad@menisneuro.com | 210-590-4400 |
| Musso Family Dentistry | Musso, Mark | 513 W Centerville Road | Dallas | Garland | TX | 75041 | dmusso@blogglobal.net | 972-840-8477 |
| Wilson Jones Hospital | O'Neal, Matt | 500 N. Highland Avenue | Grayson | Sherman | TX | 75092 | chuck.cave@WNJ.ORG | 903-870-4611 |
| Ouboz Animal Clinic | Powell, Elizabeth | 423 W Greenfield Drive | Bowie | | TX | 75501 | la_pow_any@yahoo.com | 903-832-4559 |
| Saunders, Kip | Saunders, Kip | 3 Gregora Park Dr., #103 | Harris | Wake Village | TX | 77380 | kipsaunders@perocenter.com | 281-292-1833 |

**Beck|Redden** | Trial and Appellate Attorneys

1221 McKinney Street, Suite 4500 | Houston, Texas 77010 | www.beckredden.com

Stericycle Class Action
c/o GCG
P.O. Box 10515
Dublin, OH 43017-1515

CERTIFIED MAIL™

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT
OF THE RETURN ADDRESS, FOLD AT DOTTED LINE

7002 2030 0005 7009 4296

NEOPOST
01/22/2018
US POSTAGE $016.05°

ZIP 77010
041M10270567

PRIORITY MAIL

Case No. 13-CV-5795, MDL No. 2455
*In re: Stericycle, Inc. Steri-Safe Contract Litigation*
United States District Court for the Northern District of Illinois

## REQUEST FOR EXCLUSION FROM CLASS ACTION SETTLEMENT

Stericycle Class Action
c/o GCG
PO Box 10515
Dublin, OH 43017-1515

Garden City Group, LLC
APR - 2 2018

Dear Sir or Madam:

By completing, signing, and returning this form, I confirm that:

Thomae Garza Funeral Home
D.B.A. of Dylan Corp.
San Benito, TX 78586
**Class Member No. - Unknown**
**Class Member Name - Unknown**

requests to be **excluded** from the Class Action Settlement in the above-referenced litigation.

I have reviewed and understand the rights and terms described in the Class Notice. I understand that with this exclusion Thomae Garza Funeral Home D.B.A. of Dylan Corp. will not share in any recovery obtained by settlement and final judgment on behalf of the Class in the above-referenced litigation.

My contact information is:

Alberto Vega
(Printed Name)
Thomae Garza Funeral Home
D.B.A. of Dylan Corp.
395 S. Sam Houston, Blvd.
San Benito, TX 78586
(956) 399-1331

Account No./Customer No. (if known): _____

I affirm that I have authority, and am authorized, to sign on behalf Thomae Garza Funeral Home D.B.A. of Dylan Corp..

Signature: _____
Printed Name: Alberto Vega
Title: President

Thomae Garza Funeral Home D.B.A. of Dylan Corp.

Date: 3/29/2018

# Beck|Redden LLP

1221 McKinney Street, Suite 4500 ! Houston, Texas 77010
Phone 713.951.3700 I Fax 713.951.3720
www.beckredden.com

Curt Webb
cwebb@beckredden.com

Direct Dial: 713.951.6206

March 27, 2018

Stericycle Class Action                    *Via CM/RRR  7002 2030 0005 7009 4395*
c/o GCG
P.O. Box 10515
Dublin, OH 43017-1515

Re:    Request to opt out of the Class Action Settlement for In re: Stericycle Inc., Steri-
       Safe Contract Litigation (Case No. 13-C-5795, MDL No. 2455)

Dear Sir or Madam:

       Enclosed please find opt-out letter for clients referenced in the attached list.

                                    Very truly yours,

                                    W. Curt Webb

                                    W. Curt Webb

WCW/ae
Enclosure

2126.001/624901v1

| CLASS MEMBER NUMBER | NAME OF ENTITY | DBA OF LOCATION | COURT NAME |
|---|---|---|---|
| Unknown | Addy-Fishman | Garza Memorial Funeral Home | |
| Unknown | Dylan Corp DBA Thomae Garza Funeral Home | Thomae Garza Funeral Home | |



NEOPOST
03/29/2018
US POSTAGE
$007.41
FIRST-CLASS MAIL
ZIP 77010
041M10270567





CERTIFIED MAIL
OR THE RETURN ADDRESS, FOLD AT DOTTED LINE

7002 2030 0005 7009 4395

**Beck|Redden** LLP  Trial and Appellate Attorneys

1221 McKinney Street, Suite 4500 | Houston, TX 77010 | www.beckredden.com

Stericycle Class Action
c/o GCG
P.O. Box 10515
Dublin, OH 43017-1515

2126.001