# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

|  |  |
|---|---|
| IN RE: STERICYCLE, INC., STERI-SAFE CONTRACT LITIGATION | Case No. 1:13-cv-05795<br><br>MDL No. 2455<br><br>Judge Robert W. Gettleman |

## NOTICE OF FILING

Defendant Stericycle, Inc. hereby gives notice of filing the Stipulation between Plaintiffs Lyndon Veterinary Clinic, PLLC, et al. and Defendant Stericycle, Inc., attached hereto as Exhibit 1.

Dated: May 1, 2018

Respectfully submitted,

/s/ *Kathleen P. Lally*
Kathleen P. Lally One of the attorneys for
Defendant Stericycle, Inc.

Mark S. Mester
   mark.mester@lw.com
Kathleen P. Lally
   kathleen.lally@lw.com
LATHAM & WATKINS LLP
330 North Wabash Avenue, Suite 2800
Chicago, Illinois 60611
Telephone: (312) 876-7700
Facsimile: (312) 993-9767

# EXHIBIT 1

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

|  |  |
|---|---|
| IN RE: STERICYCLE, INC., STERI-SAFE CONTRACT LITIGATION | Case No. 1:13-cv-05795<br><br>MDL No. 2455<br><br>Judge Robert W. Gettleman |

## STIPULATION

Plaintiffs Lyndon Veterinary Clinic, PLLC, et al. (collectively, "Plaintiffs") and Defendant Stericycle, Inc. ("Stericycle" and together with Plaintiffs, the "Parties") hereby stipulate and agree as follows:

1. Persons and entities listed on Exhibit C to the April 26, 2018 Garr Declaration (Dkt. # 408) that are indicated as "Not Matched" are so listed because they could not be affirmatively matched to the list of Class Members based upon the information in the request for exclusion provided to Garden City Group.

2. As such, those persons and entities are not at this time, considered members of the Class and are not bound by the Settlement.

3. If additional information later comes to light that any such person or entity should have been considered a member of the Class, that person or entity will be considered to have opted out of the Settlement, provided that the only remaining deficiency in any request for exclusion is that the person or entity seeking exclusion does not match the Class data and provided that he, she or it does not receive any compensation from the Settlement or if any compensation is received, it is returned to the Class Action Settlement Administrator within 30 days.

2

4. Any disagreements with respect to the status of any persons and entities listed on Exhibit C to the April 26, 2018 Garr Declaration (Dkt. # 408) as "Not Matched" will be resolved solely by Judge Gettleman.

| | |
|---|---|
| **Dated: May 1, 2018** | **IT IS SO STIPULATED.** |
| /s/ Steve W. Berman | /s/ Kathleen P. Lally |
| Lead Counsel for Class | One of the attorneys for Defendant Stericycle, Inc. |
| Steve W. Berman<br>   steve@hbsslaw.com<br>Garth D. Wojtanowicz<br>   garthw@hbsslaw.com<br>HAGENS BERMAN SOBOL SHAPIRO LLP<br>1918 Eighth Avenue, Suite 3300<br>Seattle, Washington 98101<br>Telephone: (206) 623-7292<br>Facsimile: (206) 623-0594 | Mark S. Mester<br>   mark.mester@lw.com<br>Kathleen P. Lally<br>   kathleen.lally@lw.com<br>LATHAM & WATKINS LLP<br>330 North Wabash Avenue, Suite 2800<br>Chicago, Illinois 60611<br>Telephone: (312) 876-7700<br>Facsimile: (312) 993-9767 |
| Elizabeth A. Fegan<br>   beth@hbsslaw.com<br>HAGENS BERMAN SOBOL SHAPIRO LLP<br>455 Cityfront Plaza Drive, Suite 2410<br>Chicago, Illinois 60611<br>Telephone: (708) 628-4949<br>Facsimile: (708) 628-4950 | |